Plaintiffs' Response to Memorial Hermann Motion for Summary
Judgment

Exhibit J

STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

### AFFIDAVIT

Before me, the undersigned authority, on this day personally appeared Stephen Hayden, M.D., who is known to me, who after being by me duly sworn, did depose as follows:

My name is Stephen Hayden, M.D. I am over the age of twenty-one years; I am of sound mind; I have never been convicted of a felony or a crime of moral turpitude; and I am competent to make this affidavit. I have personal knowledge of the facts stated in this affidavit, and such facts are true and correct.

Briefly stated, my qualifications in the field of emergency medicine are as follows. I am a specialist in emergency medicine, and am board-certified in that field by the American Board of Emergency Medicine and I am a fellow of the American Academy of Emergency Medicine. I am also a fellow of the American College of Emergency Physicians. I am a contributing author for the written portion of the examination for board-certification in emergency medicine for the American Board of Emergency Medicine. I am a professor of clinical medicine in the Department of Emergency Medicine at the University of California – San Diego, where I was in charge of the residency program in emergency medicine for many years. I attend the emergency departments at both UCSD affiliated hospitals, and have been actively attending to patients and practice emergency medicine at those facilities since 1993.

In 2006, I was selected as the Editor-In-Chief of the *Journal of Emergency Medicine*, which is one of the oldest and most-respected journals in the field of emergency medicine, and I currently hold that position. I am a primary author/editor for a major textbook in Emergency Medicine, "The Five-Minute Emergency Medicine Consult," as well as numerous textbook chapters, peer reviewed publications, abstract presentations, and over 100 invited national and international speaking engagements. A copy of my CV is attached to this affidavit.

Attached to this affidavit is a medical report that I prepared, and signed on August 8, 2008. I hereby swear and affirm that the contents of that report are true and correct and are incorporated into this affidavit for all purposes, as if fully set forth in the affidavit itself.

In addition to the information that I reviewed at the time of my report, I have been provided additional materials including the depositions of Doug Mitchell and Tom Flanagan, and the exhibits to those depositions. I have also been provided with policies and procedures of the Memorial Hermann Hospital Healthcare System and Memorial Hermann Southeast Hospital. I have also been provided a

printout of data relating to 92 pediatric patients seen by Dr. Philip Haynes at Memorial Hermann Southeast Hospital in the year before February 12, 2006. I have also been provided with the depositions of Tammy McCrumb and Mohammad Siddiqi, M.D. I have reviewed TG's emergency room records from Memorial Hermann Southeast Hospital, including the transfer records involving Life Flight.

With regard to the EMTALA claim in this case, it is my opinion, based on reasonable medical probability, that TG received disparate, or differential treatment, from the care that was routinely provided to other emergency room patients at Memorial Hermann Southeast Hospital in February 2006. There are several points in support of my opinion. First, Memorial Hermann Southeast Hospital had approved Emergency Center Triage Guidelines, last revised on 5-30-2002. (MHSE-TG-0287). The guidelines state "Triage guidelines may be initiated by the appropriate provider in the triage area or by nurses assigned to the patient room if the patient is brought directly to the room." The guidelines refer to themselves as "protocols", and that they "have been reviewed by the site medical director and administrative director." According to the guidelines, "it is accepted that IV starts, blood draws, performing EKG's, placing a patient on an EKG monitor, performing a bedside glucose administration, and oxygen administration are within the scope of practice of the ED tech and may be initiated by these providers." The guidelines provide specific protocols for "Vomiting/diarrhea: Pediatric (2 months to 18 years).

Notify MD if:
Child appears toxic
Dehydration
Vital signs are abnormal
Use protocol for pedi fever
Saline lock, CBC and BMP if child appears significantly dehydrated
UA voided (bag or clean void) if three or more episodes of vomiting or
if UTI symptoms present and are not likely contaminated by stools,
Cath UA requires order from MD."

I had not seen these guidelines when I prepared my initial report in this case on August 8, 2008. However, it is remarkable that the "protocol" for pediatric vomiting/diarrhea requires a CBC, and a urinalysis when the patient appears dehydrated. In this case, Dr. Haynes has indicated that he believed that the abnormally elevated heart rate of 145 was attributable to dehydration from vomiting. Thus, because the patient had documented seven episodes of vomiting, the Memorial Hermann Southeast protocol permitted a nurse to initiate the very same battery of tests that I indicated were required for an "appropriate medical screening examination" for a pediatric complaint of repetitive vomiting in an ill-appearing child: a CBC with differential and a urinalysis. TG did not receive this screening because he did not have a urinalysis, nor did Dr. Haynes see the results of the white cell manual differential. In short, Memorial Hermann Southeast Hospital did not abide by its own protocol or guidelines for evaluation of a pediatric patient with three or more episodes of vomiting.

The performance of a urinalysis in the case of "TG" would have been significant and an important component of his medical screening examination for several reasons. First, Dr. Haynes had listed UTI (urinary tract infection) in his differential diagnosis. A urinalysis would be required to rule out UTI. Even though a urinary tract infection is less common in boys this age than girls, a urinalysis is an important component of a fever work up. Pyelonephritis can present with fever, and vomiting and it is important to exclude this as a cause. Furthermore, the specific gravity of the urine sample is another data point that can give an indication how concentrated the urine is and reflect the severity of dehydration. In addition, assuming hypothetically that the urinalysis was negative, it would still be important because it would suggest that the next most likely source of TG's infection was related to his lungs, and this would trigger additional medical screening to rule out infection. In short, a urinalysis is an essential component of medical screening in a patient like TG, and the failure to perform the urinalysis is not a minor omission.

A second reason for my opinion that TG received differential or disparate treatment from other emergency department patients is based on my review of the MHHCS policy on "Assessment/Reassessment" in the emergency department, policy EMC-00006, dated 7/1/2005 (MHSE-TG-0124). This policy requires reassessment of the patient. The policy states:

> 3.3.3 An additional set of vital signs, including temperature and GCS,
> when clinically indicated, should be obtained within one hour of the patient's discharge.

One of the primary complaints made by TG's mother was fever. Mrs. Guzman had indicated that she had given Tylenol and Motrin at home to lower ▮▮▮ fever. His temperature was taken when he was triaged around 7:45 a.m. and was measured at 98.1 F. However, there is no indication that anyone measure or recorded ▮▮▮ temperature after 7:45 a.m., and it was not taken within an hour of the patient's discharge. Reassessing his temperature was clinically indicated because fever was one of his primary complaints. It was reasonable to assume that his fever was low at the time of admission because of the Tylenol and Motrin. Memorial did not follow its own policy requiring reassessment of vital signs, thereby providing differential or disparate treatment of TG. The reassessment of his temperature was an essential component of his medical screening. If his temperature rose while he was in the emergency department because his fever was no longer being controlled by medication would require further evaluation and workup. It is not a minor deviation from the required screening to fail to obtain a follow up assessment of his temperature.

Performing the other vital signs is also a significant component of a medical screening examination. In a patient such as TG, there are several reasons why repeating the vital signs is very important. Even if vital signs improve with treatment (in TG's case IV fluid), it is not enough to say his tachycardia improved,

it is important to determine how much the tachycardia improved. If after IV fluid he remains persistently tachycardic, even if less so than on presentation, then either more intravenous fluid is necessary or further evaluation for the cause of the tachycardia is warranted. Finally, given the severity of the vomiting and the possibility of his having a severe infection, it would have been very important to monitor his blood pressure. Changes in blood pressure are often the first sign of bacteremia or sepsis. It was therefore necessary to obtain a repeat blood pressure and record the results. Failure to obtain repeat vital signs is a significant departure from the required medical screening.

Third, Memorial Hermann did not follow its own policies and procedures concerning documentation. MHHCS policy EMC-00007 provides in section 3.4.2 that "Reassessments and vital signs will be documented as directed by the assessment/ reassessment policy." Even if TG's vital signs were reassessed concerning blood pressure and temperature, these vital signs were not documented. Documentation is important to assure that the vital signs were actually taken. In medicine, we often say "If it's not written down, it didn't happen."

The fourth reason for my opinion that TG received differential treatment is based on my review of the testimony of Dr. Haynes. Dr. Haynes has testified that he decided to discharge TG from the emergency department knowing that he had not seen the results of the white cell differential test that Dr. Haynes had ordered. However, it is also clear from the testimony of Douglas Mitchell that the white cell manual differential test had been completed by 9:40 a.m., and released onto the hospital information system. Dr. Haynes has also testified that:

> 22  Q. (By Mr. Pfeifer) Okay. Now, is it your
> 23  testimony here today that you routinely do not look at
> 24  the results of differentials even if they are reported?
> 25  MR. BRENNIG: Objection, form.
>
> Page 153
> 1  MS. BRYAN: Form.
> 2  A. No, that's not what I'm saying. I routinely
> 3  look at all labs available to me.
> 4  Q. Okay. And you've previously told me that when
> 5  you circle CBC, you routinely get the total white cell
> 6  count, the differential and the platelets. Correct?
> 7  A. Yes, that's true. When you circle CBC, part
> 8  of the -- part of the evaluation is the hemogram and
> 9  then part of it's the differential. . . .
>
> Page 157 Q. (By Mr. Pfeifer) Do you routinely discharge
> 2  patients who have white cell differentials ordered and
> 3  you don't know the results?
> 5  A. No, I do not.

Based on this testimony, Dr. Haynes deviated from his routine concerning

laboratory data that was available to him, and from his routine about discharging patients who have white cell differentials ordered and he does not know the results. Consequently, TG received differential treatment from other patients receiving the same or similar kinds of conditions, when being given a medical screening exam by Dr. Haynes. This also is a substantial deviation because the results of the white cell differential were not viewed by Dr. Haynes before TG was discharged, and if he had followed his customary routine, he would have seen the results, and ordered further workup on TG. This further workup would have, in all reasonable probability, resulted in a diagnosis of pneumonia, prompt treatment with antibiotics, and avoided the sepsis completely.

With regard to ruling out a bacterial source of infection in a patient like TG, both the overall white blood cell count and the white blood cell differential tests are important. It is possible for a patient like TG to have a normal overall white blood cell count and a markedly abnormal white blood cell differential test at the same time. This is, in fact, what TG had.

TG may have appeared stable to Dr. Haynes and the nurses at Memorial Hermann Southeast on 2/12/06 from outward appearances, but in reality he had a probable bacterial infection that had not been ruled out, and was therefore unstable. Such a probable bacterial infection is a serious condition that can lead to damage to organ systems throughout the body. Therefore, TG had acute symptoms of sufficient severity, including his vomiting, cough and probable bacterial infection, that the absence of immediate medical attention could reasonably be expected to result in placing the health of TG in serious jeopardy, serious impairment of his bodily functions, or serious dysfunction of his major internal organs and/or brain. Thus, TG had an emergency medical condition at the time Dr. Haynes decided to discharge him. He was unstable at that time, and needed to be stabilized. This stabilization could have been done by treating him with antibiotics, probably Rocephin, and providing symptomatic care for his nausea, vomiting and cough. Had this stabilizing treatment been given, in all reasonable medical probability, TG would have recovered without progressing into sepsis or septic shock, and without the need for transfer to Memorial Hermann Children's Hospital or for the hospitalization there.

Last, Memorial Hermann deviated from its policies and procedures concerning aftercare and follow-up instructions. MHHS policy EMS-00015 states that when the Emergency Department physician determines a need for change in the follow-up care and treatment in patients in regards to final diagnostic results, the physician will initiate the Emergency Department Follow-Up/Patient Consultation for lab and X-ray Reports Form. In this case, no such form or any other type of follow up form or order was requested. A physician's order for lab tests remains in effect until it is canceled. Dr. Haynes never cancelled the order for the completion of the white cell differential, and a follow-up form for the completion of the white cell differential test should have been initiated by him. However, this procedure was not followed, and was a deviation from Memorial

Hermann policies and procedures.

The policies and procedures that I have reviewed from Memorial Hermann Healthcare System and Memorial Hermann Southeast Hospital System are attached to this affidavit.

I can also state that the deviations from these policies and procedures in the medical screening examination were not minor deviations, but were significant and important in terms of a medical screening examination for a patient like "TG".

Further, affiant saieth not.

Stephen R. Hayden, M.D.

Sworn to and subscribed before me, the undersigned notary public, on the 10th day of March, 2009.

Notary Public, State of California

My commission expires on __4/05/2013__.

KATHERINE I. GREATHOUSE
COMM. #1839956
Notary Public - California
San Diego County
My Comm. Expires Apr. 5, 2013

**Stephen R. Hayden, MD FAAEM FACEP**
*Diplomate of the American Board of Emergency Medicine*
*Diplomate of the American Board of Preventive Medicine,*
*Subspecialty in Hyperbaric Medicine*
*Professor of Clinical Medicine*
*Program Director, Emergency Medicine Residency*
*UCSD Medical Center, San Diego, CA*
*Editor-in-Chief, Journal of Emergency Medicine*
*Past President, Council of Residency Directors*

1465 Deer Hill Court
La Jolla, CA 92037
858-354-8732
srh@ucsd.edu

SSN: 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

August 8, 2008

Dear Mr. Pfeifer:

Thank you for asking me to consult with you  concerning the matter of ▮▮▮▮ Guzman's care at Memorial Hermann Southeast Hospital.

I have attached a copy of m  y curriculum  vita e to this report.  Briefly stated, m   y key qualifications in the field of em  ergency m edicine are as  follows.  I am   a specialis t in emergency m edicine, and a  m board-certified  in that field  by the American Board of Emergency Medicine and I am      a fellow of   the Am  erican Academy of Em  ergency Medicine.  I am a contributing author for      the written portion of the exam    ination for board-certification in em  ergency m edicine by the Am    erican Board  of Em  ergency Medicine as well as an oral exam  iner.  I a m a past president of  the national Council of Residency Directors for emergency medicine.  I am a professor of emergency medicine at the University of California – San Diego, wher e I am in charge of the residency program in em ergency m edicine and have been fo   r m any years.  I attend      the em  ergency departments at bo  th U CSD aff iliated hosp itals, and hav  e been a ctively a ttending to patients and practice emergency medicine at those facilities since 1993.

In 2006, I was selected as th  e Editor-In-Chief of the  *Journal of Emergency Medicine,* which is the oldest and one   of th e m ost-respected journals  in the field of em  ergency medicine, and I currently hold that position.    I am  a primary aut hor/editor for a m ajor textbook in Em ergency Medicine, "The Five-M inute Em ergency Medicine Consult," as well as numerous textbook chapters, peer revi  ewed publications, abst ract presentations, and over 100 invited national and international speaking engagements.

Based on my knowledge, training and experience, I am familiar with the standard of care of an e mergency physician in the United States for the evaluation and m  anagement of a patient such as ▮▮▮▮ Guzman.  I am  also familiar with th e requirements of EMTALA, the federal statute relating to emergency care in hospital emergency departments.

You have provided me with the following materials, which I have reviewed:

1.  Memorial Hermann Southeast Hospital records for 2/12/06 and 2/13/06;
2.  Deposition of Dr. Philip Haynes, M.D., Ph.D.;
3.  Records from the laboratory at Memorial Hermann Southeast Hospital;

4.      History, physical and discharge summary from Memorial Hermann Children's Hospital.

Based on these m    aterials, the following is a brief summ        ary of the m    edical data concerning ███████ Guzman.

███████ Guzm an was a  7 year-old Hispanic   male, who was brought to the e    mergency room at Memorial Herm ann Southeast Ho spital on February  12, 2006 around 7:00 a.m. by his parents.   The m  edical history included  fever (treated with Motrin  and Tyleno l), cough, vomiting m ultiple tim es, m alaise, no diarrh ea, plus epigastric pain over the last day or so.  Vital signs were obtained by th       e triage nurse: pulse 145; respiration 22, temperature 98.1; 96% Oxygen saturatio     n; blood pressure110/67; wt. 51.8 pounds. █████████ was  then  seen  by the em ergency phys ician, Ph ilip Haynes, M. D., Ph. D., who reported that the physical exam     was norm al except for ill-appeari ng child, epigastric tenderness, and cough.  Dr. Haynes ordered           a CBC with differential, and a basic metabolic panel.  Lab results showed the following abnormalities:

| Differential: | Segs 31.0 L   N=34 to 64 |
| | Bands 56.0 H   N= <11.0 |
| | Lymphocytes 8.0 L   N=27.0 to 47.0 |
| | Monocytes 1 % L      N=2.0 to 12.0 |
| Glucose: | 150 H      N=65 to 110 |
| Sodium: | 134 L |

There was no notation by either physician or nurse of the results of the differential white cell count. █████████ received 1000 m l of norm al saline, and his heart   rate reportedly declined.  N o other vital signs  were recorded.  N o chest x- ray was ordered or done, and no antibiotics were o rdered or administered to him  at the h ospital.  He  was disch arged from the em ergency room  with a diagnosis of viral syndrom        e, a nd was given a prescription for Ibuprofen for fever.  He    was not given antibio tics in the em ergency room, and no antibiotics were prescribed by Dr. Haynes.

From the docum ents provided by the hospital  laboratory, it appears tha t the total white cell count test was perform ed and availabl e on the hospital com puter around 9:11 a.m . Dr. Haynes indicated in his deposition that he  was aware of  the total white ce ll count of 7.6, which was a normal value.   T  he manual white cell differential test was completed and was available on the hospital com  puter around 9:35 a.m ., long before ████████ was discharged.  Dr. Haynes has testified that he was not aware of the results of the white cell differential test, with its significantly abnormal band and lymphocyte counts.  He has also testified that he consciously decided to discharge ████████ before he obtained the results of the white blood cell differential test, and as       a result ████████ was discharge from   the emergency department around 10:15 a.m., with a diagnosis of viral syndrome.

The next day, February 13, 2006, his parents brought ████████ back to the same emergency department. They arriv ed around 7 a.m  .  The com   plaints were fever, vom  iting and diarrhea since the last v isit.  He als o complained that he was hurting everywhere, but his

stomach and chest hurt more.  Documented vital signs were: BP 110/30; P 74, Resp 24, T 97.6. Pulse Ox 98%; Wt 24.76 kg; Pain 10/10.    The emergency physician, Dr. Siddiqi, saw ████ around 0800.  Vital signs showed P   168; R 36; Pulse Ox 94% on room   air.  The physical exam showed decreased breath sounds in the right lung with supraclavicular and intercostal retractions.  The em     ergency physician observed that   ████ had a respiratory rate of 32 to 36 per minute.   He ordered numerous blood tests, and a chest x-ray, which was positive for pneum onia. The chest x-ray was read by the staff radiologist at 8:49 a.m., so it is reasonable to assum e that the diagnosis of pneum onia should have been entertained by that tim e.  The lab va lues from the blood tests w ere significantly abnormal, showing clear evidence that he     was suffering from   se psis. His condition deteriorated rapidly in the e  mergency depart ment at Mem orial Southeast.  He was   not started on antibiotics until around 11:45 a.m., but continued to get worse.  A CT scan of the abdomen and chest showed pneum onia and ile us.  He began to suffer the effects of severe sepsis and septic   shock.  He had to be intu    bated around 1:30 p.m . and he subsequently developed m alignant hypertherm ia, with a docum ented rectal tem perature of 111.2 degrees F.  He was     later transported by Life Fli  ght helicopter to Memorial Hermann Hospital in  critical condition on Fe  bruary 13, 20 06.  He was  admitted to the pediatric intensive care unit under the care of Dr. Cua, where he had an extremely critical and life-threatening course.  He suffered ki dney failure, respirator y failure, dissem inated intervascular coagul ation, and skin breakdown from     the hypertherm ia, a stroke, and numerous other com plications of his septic   shock.  He re  mained in intensiv e ca re f or many weeks, but was ultimately able to survive.

In my opinion, the care given by Dr. Haynes  and by the hospital fell  below the standard of care.  As to Dr. Haynes, the stand ard of care required Dr. Haynes to obtain the results of the white blood cell differential before discharging ████ Guzman with a diagnosis of viral syndro me.  According to the physical     exam ination records,  ████ was an ill-appearing child, with com plaints of epigastr ic pain, cough, m alaise, "hurting all over", and subjective fever.  He was clearly sufferi ng from a disease of eith er bacterial or viral origin.  It was incumbent on Dr. Haynes to distinguish between a viral or bacterial source of the disease, and the minim um standard of care would have requir ed that when a C BC with white cell differential test was ordered, the physician must review the results of both the CBC and the white cell differen tial before  diagnosing the child's co ndition.  In this case, the results of the total white c ell count were normal, but Dr. Haynes did not o btain the r esults of the white ce  ll d ifferential be fore deciding to disc  harge ████ with a diagnosis of viral syndrom e.  From the labora tory data, it appears th at the results of the white ce ll d ifferential were com pleted and were  available o n the hospital com puter by 9:35 a.m ., at least 30 m  inutes before ████ was discharged.  The standard of care required Dr. Haynes to review th e results of the white c ell differential before deciding to discharge ████ Dr. Haynes has admitted he did not review the results of the white cell differential test before discha rging ████ and such a failur e to revie w the resu lts fell below the standard of care.

Dr. Haynes has admitted in his deposition that his management of ████ Guzman would have been different if he had known of the a bnormal results of the white cell differential, particularly the band count.  He has indicate d that he probably w ould have done further

evaluation and probably brought in a pediatrician. I concur that the presence of 56 % bands on the white cell different ial would have required furthe r evaluation to iden tify a likely source of infection, and in all probabi lity would have been and should have been done as soon as possible. Thus, the failure of Dr. Haynes to review and evaluate the results of the white cell differe ntial was the direct and fores eeable cause of ██████ being discharged from the em ergency department with a diagnosis of viral syndrom e, when he in fact had a docum ented bandemia strongly in dicating a fulm inating bacterial infectious source of his disease.

I have evaluated and treated numerous cases of sepsis, and I am generally f amiliar with the medical literature an d standard for em ergency medicine treatm ent of sepsis. In my opinion, in reasonable m edical probability, the failure of Dr. Haynes to obtain and evaluate the results of the white c ell dif ferential test was a direc t, f oreseeable and proximate cause of ██████ condition progressing to one of sepsis and septic shock. In reasonable medical probability, if Dr. Haynes had learned of the results of the white cell differential by 10:15, the likely source of ██████ infection could have easily been determined by noon on 2/12/06 and appropriate, ta rgeted antibiotic treatment begun. Given the f act th at ██████ di d not begin to show the sign s of respiratory and m ental decompensation from sepsis until around noon on 2/13/06, in all reason able probability, giving antibiotics by noon on 2/12/06 would have prevented his condition from progressing to sepsis and septic shock, and would have prevented his subsequent need for further em ergency evaluation and would ha ve prevented ██████ condition fro m progressing to sepsis, septic shock or malignant hyperthermia. ██████ extrem e hyperthermia was caused by either the sepsis al one, but more likely by the sepsis and the administration of succinylcholine, a drug give n to produce com plete muscle relaxation in order to f acilitate endo tracheal intu bation. Be cause ██████ w ould probably not have developed sepsis if his condition had been treated on 2/12/06, he would not have required intubation, or the administra tion of succinylcholine, and therefore would not have developed m alignant hyperthermia. Thus, all of the significant problem s that ██████ developed, i.e. sepsis, septic shock, m alignant hyperthermia, respiratory distress, kidney failure, stroke, and other complications, would in all probability have been avoided if Dr. Haynes had learned of the white cell differe ntial on 2/12/06 before his decision to discharge ██████ from the emergency department.

With regard to the deviations from the standard of care by the hospital, it is clear that the laboratory technician did not call Dr. Haynes with th e sig nificantly abnormal results of the white c ell d ifferential tes t on ██████ Dr . Haynes ha d tes tified that th e hos pital laboratory should have called him or his nurse with the abnorm al white cell count results quickly after the results were obtained. I c oncur with that opinion. I have worked for many years in em ergency departments, and in my experience, the standard of care for a hospital lab oratory wo uld requ ire the labo ratory to emergently co ntact eith er the emergency physician or nurse, verbally report the results of the white cell differential test, and m ake sure that the physician or nurse understood that the results were significantly abnorm al. The reason why such abnorm al band results should be emergently reported is because ban d counts are routinely relied upon by clinicians in distinguishing bacterial from viral sources of infection, and for diagnosing system ic

inflammatory response syndrom e (SIRS) and se psis.  SIR S is a system ic response to infection (among other things), and often develops into seps is. The white cell differential test is one of the fundamental tests in diagnosing SIRS and sepsis, and sepsis is one of the leading sources of mortality in the United States.   I h ave reviewed the critical values list for the hospital laboratory at Memorial He    rmann Southeast Hospital, and white cell differential counts are not on the critical valu    es list. In my opinion as an em     ergency physician, white cell differential values that   are sufficiently abnorm al should qualify as "critical values" requiring immediate contact with the emergency physician or emergency nurse.  The failure of the lab tech to report the results of the white cell differential and the failure of th e lab to inc lude significantly abno rmal white c ell dif ferential resu lts on its critical values list fell below the standard of care for a hospital with an em ergency room. This failure contributed to Dr. Haynes' lack  of information about the results of the white cell differential test, and thereb y contributed to discharging ███████ with a diagnosis of viral syndrom e.  The fa ilures of the hospital   lab technician and system were therefore direct, foreseeable and proxim ate causes of ███████ Guzman's severe b acterial infection being diagnosed as a viral syndrom e, and were the cause of his deve loping sepsis, septic shock, and all the resulting complications.

Finally, I sh all address the EMTALA issues in this case.  I am f  amiliar with EMTALA based on my knowledge, training and experien  ce, and I teach m  y e mergency m edicine residents about its provisions.

First, Memorial Hermann Southeast Hospital was required by federal law to "provide for an appropr iate m edical screen ing exam ination within th e capability of  the hospita l's emergency department, including ancillary serv ices routinely available to the em ergency department, to determine whether or not an em ergency medical condition exists."  In m y opinion, the hospital cannot provide such an exam ination if the appropriate test, although ordered, is not seen and reviewed by the emergency physician.  In this case, the white cell differential test was a part of the m  inimum medical screening exam ination for a patient like ███████ Guzm an.  Despite   th e tes t hav ing been ord ered and  c ompleted b y the laboratory, it was not reviewed  by the physician or the nurse.  Therefore, the hospital did not provide an appropriate m  edical screen ing exam ination.  In addition, the m    edical record shows that ███████ was not a well-app earing child, but rather was "ill-appearing," with com plaints tha t c ould be  con sistent with pneum onia or pos sibly a  ur inary tr act infection.  In m  y opinion, the m  inimum "a ppropriate" m edical screening exam ination should have included a chest   x-ray and a urinalysis, and   therefore the exam  given by Memorial Hermann Southeast was not an appropriate medical screening examination.

On February 13, 2006, Mem       orial Herm ann  Southeast Hospital was required by EMTALA to stabilize ███████ Guzman's condition of sepsis or to transfer him  to another medical facility with an appropriate medical transfer.  In my opinion, Memorial Hermann failed to stabilize ███████ septic condition. ███████ arrived on 2/13/06 around 7:00 a.m., and his condition was obviously known to be  sepsis and pneumonia by 9:00 a.m., but he was not given an initial dose of antibiotics  until 11:35 a.m., a delay of over 4 hours from presentation.  He was not provided aggressive hydration and was not provided ventilatory support until he went into respir atory distress and ha d to have an em ergency intubation.

He did not receive an ap propriate transfer.  The calling pro cess for transfer was initiated around 11:20 a.m., but there were no ICU beds  at Memorial Hermann Children's.  A call should have been initiated at once to any altern ative referral center, in this case to Texas Children's Hospital, to request a transfer.   The pediatric ambulance that was supposed to transfer ████ was som ehow routed to Beau mont.  A se ries of problem s delayed the transfer until approxim ately 4:45 p.m., when   the Life Flight helicop ter from Mem orial Hermann Children's finally arrived.  Thus, ████ transfer was delayed from 9:00 a.m., when the transfer should have been initiated, to 4:45 p.m., a period of 7 ¾ hours.  By this time, ████ was suffering from severe sepsis and septic shock, which later progressed to multiple complications.  The f ailure to stab ilize ████ sepsis and pne umonia, and the failure to provide him with an appropriate transfer caused ████ to suffer personal harm as a direct result of the EMTALA violations.

I hold thes e opinion s in re  asonable m edical probability,  based on the inf    ormation presented to m e and based on m  y knowledge,  training and experience in the field of emergency medicine.  I reserve the right to review further materials or information.

Sincerely,

Stephen R. Hayden, MD

*CURRICULUM VITAE*
*STEPHEN RUSSELL HAYDEN, M.D., FACEP, FAAEM*

HOME ADDRESS:                                OFFICE ADDRESS:

1465 Deer Hill Court                         Department of Emergency Medicine
La Jolla, CA  92037                          UCSD Medical Center
Phone:  (619) 459-4494                       200 W. Arbor Drive
                                             San Diego, CA  92103-8819
E-mail:  shayden@ucsd.edu                    Phone:   (619) 543-6213
                                             Pager:   (619) 290-3418
                                             Fax #:   (619) 543-7598

PERSONAL:    Born July 7, 1961 in Argentia, Newfoundland
             Marital Status:  Married, three children

EDUCATION:

| | | |
|---|---|---|
| Academic: 9/79 - 5/81 | B.S., Biology, cum laude, Rensselaer Polytechnic Institute Troy, New York | |
| Medical School: 9/81 - 5/85 | M.D., Albany Medical College of Union University Albany, New York | |
| Internship: 7/85 - 6/86 | General Surgery, Naval Hospital San Diego, California | |
| Residency: 7/90 - 6/93 | Emergency Medicine, University Hospital at Stony Brook Stony Brook, New York  (Chief Resident, 7/92 - 6/93) | |
| 6/96 | Evidence-based Medicine Workshop McMaster University Hospital, Hamilton, Ontario, Canada | |
| 10/96 - 6/97 | Emergency Medicine Foundation/American College of Emergency Physicians (EMF/ACEP) Teaching Fellowship, Dallas, Texas | |
| 11/97 - 7/98 | EMF/ACEP Emergency Medicine Basic Research Skills Workshop Dallas, Texas | |
| 6/98 - 6/99 | Evidence-based Medicine Faculty Training Workshop McMaster University Hospital, Hamilton, Ontario, Canada | |

Curriculum Vitae
Stephen R. Hayden, M.D., FACEP, FAAEM

APPOINTMENTS:

| | |
|---|---|
| 7/05 - Present | Professor of Clinical Medicine, University of California, San Diego (UCSD) School of Medicine |
| 7/99 - Present | Director, Emergency Medicine Residency Program, UCSD Medical Center |
| 7/99 - Present | Resident Research Director, Department of Emergency Medicine, UCSDMC |
| 7/93 - Present | Attending Physician, Hyperbaric Medicine Center, UCSD Medical Center |
| 7/93 - Present | Base Hospital Physician, UCSD Medical Center |
| 7/93 - Present | Assistant Director, Department of Emergency Medicine, UCSDMC |

PREVIOUS EXPERIENCE:

| | |
|---|---|
| 7/03 - 6/05 | Associate Professor of Clinical Medicine, UCSD School of Medicine |
| 7/99 - 6/03 | Associate Clinical Professor of Medicine, UCSD School of Medicine |
| 7/93 - 6/99 | Assistant Clinical Professor of Medicine, UCSD School of Medicine |
| 7/96 - 6/99 | Co-Director, Emergency Medicine Residency Program, UCSD Medical Center |
| 7/97 - 6/98 | Director, Hyperbaric Medicine Fellowship Program, UCSD Medical Center |
| 5/94 - 6/96 | Associate Director, Emergency Medicine Residency Program, UCSD Medical Center |
| 1/93 - 6/93 | Emergency Department Physician (part-time), Brookhaven Memorial Hospital, Patchogue, New York |

7/89 - 6/90   University of California, Davis Medical Center, Sacramento, California
- Staff Physician, Department of Orthopedics (as the orthopedic consultant for the Emergency Room)
- Clinical Associate, UC Davis School of Medicine

5/87 - 6/89   Branch Medical Clinic, Naval Air Station, Fallon, Nevada
- Senior Flight Surgeon
- Search and Rescue (SAR) Medical Officer -- participated regularly in emergency SARs in the Sierra Mountains and Stillwater Mountains
- Disaster   Preparedness/Mass Casualty Medical Coordinator
- Instructor for EMT course
- Commander, Naval Air Pacific Fleet, Admiral's Top Notch Performance Award
- Received SAR Award

Curriculum Vitae
Stephen R. Hayden, M.D., FACEP, FAAEM

PREVIOUS EXPERIENCE, continued:

| | |
|---|---|
| 10/86 - 4/87 | Naval Aerospace Medical Institute, Pensacola, Florida |

- Designated U.S. Naval Flight Surgeon, April 1987
- Rank:  5 of 35
- Primary flight training; fixed-wing T-34C
- Expert pistol shot

AWARDS AND HONORS:

| | |
|---|---|
| 1982 | United States Navy Health Professions Scholarship Program Achievement |
| 1985 | Alpha Omega Alpha Honor Medical Society |
| 1989 | Commander, Naval Air Pacific Fleet: Admiral's Top Notch Performance Award |
| 1993 | Best Discussant, Eastern Region Clinicopathologic Correlation (CPC) Competition, Society for Academic Emergency Medicine |
| 1995 | Golden Bridle Award for Outstanding Commitment to the Residency, UCSD Emergency Medicine Residency Program |
| 10/96 & 6/97 | Scholarship to attend the Emergency Medicine Foundation Teaching Fellowship, Emergency Medicine Residents Association |
| 1999 | National Faculty Teaching Award, American College of Emergency Physicians |
| 2000 Visiting | Alberta Heritage Foundation for Medical Research Scholarship as Distinguished Professor |
| 2002 | Golden Apple Teaching Award, UCSD Emergency Medicine Residency Program |
| 2005 | Program Director of the Year, American Academy of Emergency Medicine (awarded at the AAEM Scientific Assembly in San Diego, February 2005) |
| 2005 & 2006 | America's Top Physicians Consumers' Research Council of America |

LICENSURE: California Medical License Number G-61501, 1987
New York Medical License Number 190625, 1993 (inactive status)

CERTIFICATION:

National Board of Medical Examiners, 1986

American Board of Emergency Medicine, 1994

American Board of Preventive Medicine, Certified in Undersea and Hyperbaric Medicine, 2000

Curriculum Vitae
Stephen R. Hayden, M.D., FACEP, FAAEM

PROFESSIONAL SOCIETY MEMBERSHIPS:

Alpha Omega Alpha Honor Medical Society, 1985

Society for Academic Emergency Medicine, 1990

Member, American College of Emergency Physicians, 1990-96

Fellow, American College of Emergency Physicians, 1996

California Chapter of ACEP, 1993

Hyperbaric Medicine Section of ACEP, 1993

Emergency Medicine Residents Association Alumni, 1994

Council of Emergency Medicine Residency Directors (CORD), 1994

Fellow, American Academy of Emergency Medicine, 1999

Past President, Council of Residency Directors, 2004


UCSD COMMITTEE MEMBERSHIPS:

Residency Advisory Committee, Department of Emergency Medicine, May 1994 - present

Physician Well-being Committee, UCSD Medical Center, September 1995 - June 1999

Graduate Medical Education Committee, UCSD School of Medicine, December 1995 - present

Critical Care Committee, UCSD Medical Center, January 1997 - June 1999

Code Blue Committee, UCSD Medical Center, March 1998 - June 1999

Program Directors Committee, UCSD School of Medicine, 2000 - present

Curriculum Vitae
Stephen R. Hayden, M.D., FACEP, FAAEM

CURRENT ACTIVITIES:

Member, DMAT-San Diego, Unit CA-4 (Disaster Medical Assistance Team), October 1993

Reviewer, *Academic Emergency Medicine*, Hanley & Belfus, Inc., November 1997

Member, SAEM Evidence-based Emergency Medicine Interest Group, May 1999

Item Writer, Certifying Examination, American Board of Emergency Medicine, January 2002

Chairman, ACEP, CORD, SAEM Collaborative Working Group, May 2002

Chairman, Model Curriculum Task Force, CORD, May 2002

CORD Representative to Core Content Task Force for Emergency Medicine, May 2002

Member at Large, American Academy of Emergency Medicine Board of Directors, February 2005

Editor-in-Chief, *Journal of Emergency Medicine*, Elsevier Science, Inc., February 2006

Oral Examiner, American Board of Emergency Medicine, December 2006

PREVIOUS ACTIVITIES:

Southwest Regional Coordinator, Hyperbaric Medicine Section of the American College of Emergency Physicians, September 1994

Discussant, ACEP National Research Forum, February 1995

Member, Residency Committee, Society for Academic Emergency Medicine, May 1995 through May 1997

Western Regional Coordinator, National Emergency Medicine Clinicopathologic Correlation Competition, September 1995

Member, National Emergency Medicine Procedural Competency Task Force, 1995-98

Member, Resident Support Task Force, Society for Academic Emergency Medicine, 1996-97

Member, Domestic Violence Task Force, Society for Academic Emergency Medicine, 1997-98

Steering Committee, SAEM Western Regional Research Forum, 1997

Board of Directors Member-at-Large, Council of Residency Directors, 1997-99

Member, Academic Affairs Committee, American College of Emergency Physicians, 1998-2003

Curriculum Vitae
Stephen R. Hayden, M.D., FACEP, FAAEM

PREVIOUS ACTIVITIES, continued:

Secretary/Treasurer, Council of Residency Directors, 1999-2001

Section Editor: Difficult Airway Management, *Journal of Emergency Medicine*, Elsevier Science, Inc., January 1998 through June 2000

Coordinator, CORD/SAEM/EMRA Chief Residents' Forum, SAEM Annual Meeting, Chicago, Illinois, May 1998

Research Moderator, ACEP Research Forum, San Diego, California, October 1998

Reviewer, *Annals of Emergency Medicine*, Mosby, December 1998 through August 2001

Faculty for the Emergency Medicine group at the Evidence-based Clinical Practice Workshop, McMaster University Hospital, Hamilton, Ontario, Canada, June 1998, June 1999, June 2000, June 2001

Section Editor: Visual Diagnosis in Emergency Medicine, *Journal of Emergency Medicine*, Elsevier Science, Inc., September 1994 through September 2004

Visiting Professor, How to Teach Evidence-based Medicine Workshop, New York Academy of Medicine, October 1999

Faculty, CORD/AACEM (Council of Residency Directors/Association of Academic Chairs of Emergency Medicine) Faculty Development Course, Washington, DC, March 2001

Moderator, Research Presentations, SAEM Western Regional Research Forum, Newport Beach, California, March 2001

Visiting Professor, Hospital Authority of Hong Kong; coordinated/presented a five-day intensive workshop on Evidence-based Medicine for Emergency Medicine physicians, Hong Kong, China, August 27-31, 2001

Subcommittee Chair, Practice-based Learning and Improvement, Consensus Conference on ACGME Core Competencies for Emergency Medicine, Washington, DC, March 2-4, 2002

Chairman, Steering Committee, SAEM Western Regional Research Forum, 2001-02

Coordinator, SAEM Western Regional Research Forum, San Diego, California, April 6-7, 2002

President-Elect, Council of Residency Directors, 2001-02

President, Council of Residency Directors, 2002-04

Coordinator, Advanced Evidence-based Medicine Workshop: Diagnostic Reasoning, SAEM Annual Meeting, St. Louis, Missouri, May 20, 2002

Curriculum Vitae
Stephen R. Hayden, M.D., FACEP, FAAEM

PREVIOUS ACTIVITIES, continued:

Visiting Professor, Hospital Authority of Hong Kong; coordinated/presented a five-day intensive workshop on Evidence-based Medicine for Emergency Medicine physicians, Hong Kong, China, September 10-14, 2002

Visiting Professor, Northwestern University Medical Center, Chicago, Illinois, Grand Rounds Presentation on Effective Teaching Strategies, February 5, 2003

Associate Editor, *Journal of Emergency Medicine*, Elsevier Science, Inc., February 2004 through January 2006

Reviewer, *Journal of Emergency Medicine*, Elsevier Science, Inc., September 1994 through January 2006

Section Editor: Abstracts, *Journal of Emergency Medicine*, September 1995 through January 2006

Section Editor: Education, *Journal of Emergency Medicine*, September 1997 through January 2006

Curriculum Vitae
Stephen R. Hayden, M.D., FACEP, FAAEM


PUBLICATIONS:


Textbooks


1.  The 5 Minute Emergency Medicine Consult.  Rosen P, Barkin RM, Hayden SR, Schaider JJ, Wolfe R (Eds.); Philadelphia: Lippincott Williams & Wilkins, 1999.

2.  Rosen & Barkin's 5-Minute Emergency Medicine Consult (second edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2003.

3.  Rosen & Barkin's 5-Minute Emergency Medicine Consult (third edition).  Schaider JJ, Hayden SR, Wolfe RE, Barkin RM, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2007.


Book Chapters


1.  Hayden SR, Kallus L, McClusky C:  Aldehydes, Ketones, Ethers and Esters.  In: Handbook of Medicine of Toxicology.  Viccellio P (Ed.); Boston: Little, Brown and Company, 1993, pp 198-208.

2.  Hayden SR:  Congestive Heart Failure.  In: Essentials of Emergency Medicine (second edition). Rund DA, Barkin RM, Rosen P, Sternbach GL (Eds.); St. Louis: Mosby-Year Book, 1996, pp 445-454.

3.  Jacoby I, Hayden SR:  Hyperbaric Medicine.  In: Cardiopulmonary Critical Care (third edition). Dantzker DR, Scharf SM (Eds.); Philadelphia: W.B. Saunders Company, 1998, pp 627-637.

4.  Hayden SR, Silfvast T, Deakin CD, Vilke GM:  Surgical Procedures.  In: Prehospital Trauma Care.  Soreide E, Grande CM (Eds.); New York: Marcel Dekker, Inc., 2001, pp 323-354.

5.  Hayden SR, Thierbach A, Vilke GM, Sugrue M:  Patient Turnover: Arriving and Interacting in the Emergency Department.  In: Prehospital Trauma Care.  Soreide E, Grande CM (Eds.); New York: Marcel Dekker, Inc., 2001, pp 737-751.

6.  Hayden SR:  Genitourinary Trauma.  In:  Emergency Medicine On Call.  Keim SM, Gomella LG (Eds.); New York: Lange Medical Books/McGraw-Hill, 2004, pp 282-284.

7.  Hayden SR:  Seizures.  In: An Introduction to Clinical Emergency Medicine.  Mahadevan SV, Garmel GM (Eds.); New York: Cambridge University Press, 2005, pp 473-484.

8.  Hayden SR:  Urolithiasis.  In: Harwood-Nuss' Clinical Practice of Emergency Medicine (fourth edition).  Wolfson AB, Hendey GW, Hendry PL, et al (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2005, pp 439-443.

Curriculum Vitae
Stephen R. Hayden, M.D., FACEP, FAAEM


<u>PUBLICATIONS, continued</u>:

<u>Book Chapters</u>

9.    Rosen P, Hayden S, Davis D:  Traumatic Subarachnoid Hemorrhage and Intracranial
      Hemorrhage.  In: <u>Emergency Management of Head Trauma</u>.  Newton E, Henderson S (Eds.);
      in preparation (book on hold; awaiting new publisher to be determined).

Curriculum Vitae
Stephen R. Hayden, M.D., FACEP, FAAEM

PUBLICATIONS, continued:

Articles

1.  Hayden SR, Sciammarella J, Viccellio P, Thode H, Delagi R:  Colorimetric end-tidal $CO_2$ detector for verification of endotracheal tube placement in out-of-hospital cardiac arrest. Acad Emerg Med 1995;2(4):499-502.

2.  Hayden SR:  A case of peri-lunate dislocation.  J Emerg Med 1995;13(2):241.

3.  Pao BS, Hayden SR:  Cerebral gas embolism resulting from inhalation of pressurized helium. Ann Emerg Med 1996;28(3):363-366.

4.  Vilke GM, Hayden SR:  Intraorbital air in a patient status post facial trauma.  J Emerg Med 1996;14(1):77.

5.  Chan TC, Hayden S:  Early retropharyngeal abscess formation after treatment of scarlet fever. J Emerg Med 1996;14(3):377.

6.  Hayden SR:  Spiral computed tomography for diagnosing ureterolithiasis.  J Emerg Med 1996;14(5):629.

7.  Hayden SR, Barton ED, Hayden M:  Domestic violence in the emergency department: How do women prefer to disclose and discuss the issues?  J Emerg Med 1997;15(4):447-451.

8.  Chan TC, Hayden SR, Schwartz B, Fletcher T, Clark RF:  Patients' satisfaction when denied authorization for emergency department care by their managed care plan.  J Emerg Med 1997; 15(5):611-616.

9.  Jones TL, Hayden SR:  Spontaneous pneumopericardium in an eight-year-old child.  J Emerg Med 1999;17(2):337-338.

10. Snyder BK, Hayden SR:  Accuracy of leukocyte count in the diagnosis of acute appendicitis. Ann Emerg Med 1999;33(5):565-574.

11. Hayden SR, Brown MD:  Likelihood ratio: A powerful tool for incorporating the results of a diagnostic test into clinical decisionmaking.  Ann Emerg Med 1999;33(5):575-580.

12. Friedman L, Vilke GM, Chan TC, Hayden SR, Guss DA, Krishel SJ, Rosen P:  Emergency department airway management before and after an emergency medicine residency.  J Emerg Med 1999;17(3):427-431.

13. Hayden SR, Panacek EA:  Procedural competency in emergency medicine: The current range of resident experience.  Acad Emerg Med 1999;6(7):728-735.

14. Roppolo LP, Vilke GM, Chan TC, Krishel S, Hayden SR, Rosen P:  Nasotracheal intubation in the emergency department, revisited.  J Emerg Med 1999;17(5):791-799.

Curriculum Vitae
Stephen R. Hayden, M.D., FACEP, FAAEM


PUBLICATIONS, continued:

Articles

15.  Sloane C, Vilke GM, Chan TC, Hayden SR, Hoyt DB, Rosen P:  Rapid sequence intubation in the field versus hospital in trauma patients.  J Emerg Med 2000;19(3):259-264.

16.  Gerling MC, Davis DP, Hamilton RS, Morris GF, Vilke GM, Garfin SR, Hayden SR:  Effects of cervical spine immobilization technique and laryngoscope blade selection on an unstable cervical spine in a cadaver model of intubation.  Ann Emerg Med 2000;36(4):293-300.

17.  Gerling MC, Davis DP, Hamilton RS, Morris GF, Vilke GM, Garfin SR, Hayden SR:  Effect of surgical cricothyrotomy on the unstable cervical spine in a cadaver model of intubation.  J Emerg Med 2001;20(1):1-5.

18.  Hayden SR:  Developing a career in the scholarship of teaching as a clinician-educator.  SAEM Faculty Development Handbook, available online at:  http://www.saem.org.

19.  Hayden SR, Dufel S, Shih R:  Definitions and competencies for practice-based learning and improvement.  Acad Emerg Med 2002;9(11):1242-1248.

20.  Hayden SR:  Interacting with the pharmaceutical industry.  The California Journal of Emergency Medicine 2003;IV(3):61-71.

21.  Chapman DM, Hayden S, Sanders AB, Binder LS, Chinnis A, Corrigan K, LaDuca T, Dyne P, Perina DG, Smith-Coggins R, Sulton L, Swing S:  Integrating the Accreditation Council for Graduate Medical Education core competencies into the model of the clinical practice of emergency medicine.  Ann Emerg Med 2004;43(6):756-769.

22.  Chapman DM, Hayden S, Sanders AB, Binder LS, Chinnis A, Corrigan K, LaDuca T, Dyne P, Perina DG, Smith-Coggins R, Sulton L, Swing S:  Integrating the Accreditation Council for Graduate Medical Education core competencies into the model of the clinical practice of emergency medicine.  Acad Emerg Med 2004;11(6):674-685.

23.  Hayden SR, Hayden M, Gamst A:  What characteristics of applicants to emergency medicine residency programs predict future success as an emergency medicine resident?  Acad Emerg Med 2005;12(3):206-210.

24.  Hockberger RS, Binder LS, Chisholm CD, Cushman JT, Hayden SR, Sklar DP, Stern SA, Strauss RW, Thomas HA, Virvavec DR (2003 EM Model Review Task Force):  The model of the clinical practice of emergency medicine: A 2-year update.  Ann Emerg Med 2005;45(6): 659-674.

25.  Ma G, Davis DP, Schmitt J, Vilke GM, Chan TC, Hayden SR:  The sensitivity and specificity of transcricothyroid ultrasonography to confirm endotracheal tube placement in a cadaver model.  J Emerg Med;2007;32(4), in press.

Curriculum Vitae
Stephen R. Hayden, M.D., FACEP, FAAEM


<u>PUBLICATIONS, continued</u>:

<u>Articles</u>

26.   Hayden SR, Wold R, Davis J, Chng YM, Walls R:  Nasotracheal intubation in current emergency medicine practice.  J Emerg Med, submitted.

27.   Hayden SR, Buono CJ, Kimbro T:  Emergency airway management in acute overdose patients.  J Emerg Med, in preparation.

Curriculum Vitae
Stephen R. Hayden, M.D., FACEP, FAAEM

 PUBLICATIONS, continued:

Abstracts

1.  Hayden SR, Sciammarella J, Viccellio P:  The reliability of disposable end-tidal $CO_2$ detectors
    for verification of endotracheal tube placement in victims of cardiac arrest.  Ann Emerg Med
    1994;23(3):621.

2.  Hayden SR:  Evidence based medicine: A proposed curriculum for an emergency medicine
    residency.  Acad Emerg Med 1995;2(5):417.

3.  Hayden SR:  Domestic violence in the ED: How do women prefer to disclose and discuss
    the issues?  Acad Emerg Med 1996;3(5):443.

4.  Chan T, Clark RF, Schwartz B, Fletcher T, Hayden S:  Survey of patients denied ED care
    by their managed care plan.  Acad Emerg Med 1996;3(5):496.

5.  Chan TC, Vilke GM, Hayden SR:  Structured curriculum in domestic violence and child
    abuse for emergency medicine residents.  Acad Emerg Med 1996;3(5):511.

6.  Hayden SR, Panacek E, Hayden M:  Procedural competency in emergency medicine:
    The current range of resident experience.  Acad Emerg Med 1997;4(5):430.

7.  Hayden SR:  Teaching evidence-based medicine: A proposed short course for emergency
    medicine faculty.  Acad Emerg Med 1997;4(5):512.

8.  Hamilton RS, Davis DP, Chan TC, Vilke GM, Hayden SR:  The effect of blade type and
    cervical spinal immobilization on larygoscopy in a cadaver model of intubation.  Acad Emerg
    Med 1998;5(5):397.

9.  Friedman L, Vilke GM, Chan TC, Hayden SR, Krishel SJ, Rosen P:  Emergency department
    airway management before and after the start of an emergency medicine residency training
    program.  Acad Emerg Med 1998;5(5):444.

10. Gerling MC, Hamilton RS, Davis DP, Morris GF, Vilke GM, Hayden SR, Garfin SR:  Effects
    of cervical spine immobilization technique and laryngoscope blade selection on an unstable
    cervical spine injury in a cadaver model of intubation.  Ann Emerg Med 1998;32(3;part 2):S13.

11. Sloane C, Chan TC, Vilke GM, Hayden SR, Krishel SJ, Rosen P:  Rapid sequence induction
    intubation of trauma patients in the prehospital versus hospital setting.  Ann Emerg Med 1998;
    32(3;part 2):S50.

12. Kimbro TA, Rosen P, Neuman TS, Hayden SR:  Complications of endotracheal intubation in
    alcohol-intoxicated patients.  Ann Emerg Med 1998;32(3):S51-S52.

13. Ma G, Hayden SR, Chan TC, Vilke GM, Schmitt J, Chan D:  Using ultrasound to visualize
    and confirm endotracheal intubation.  Acad Emerg Med 1999;6(5):515.

-14-

Curriculum Vitae
Stephen R. Hayden, M.D., FACEP, FAAEM

PUBLICATIONS, continued:

Abstracts

14.   Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T:  Suprasternal versus cricothyroid ultrasound probe position in the confirmation of endotracheal tube placement by bedside ultrasound.  Acad Emerg Med 2000;7(5):526.

15.   Schmitt JM, Ma G, Hayden SR, Vilke G, Chan T:  Use of new air absorbing ultrasound contrast in the confirmation of endotracheal tube placement by bedside ultrasound. Acad Emerg Med 2000;7(5):526.

16.   Ma G, Chan TC, Vilke GM, Schmitt J, Hayden SR:  Confirming endotracheal intubation using ultrasound.  Ann Emerg Med 2000;36(4)Part 2:S20-S21.

17.   Hayden SR:  What characteristics of emergency medicine applicants will predict future performance as an emergency medicine resident?  Acad Emerg Med 2003;10(5):458.

Curriculum Vitae
Stephen R. Hayden, M.D., FACEP, FAAEM

POSTER PRESENTATIONS:

1.  Hayden SR:  Wellness-related characteristics of emergency medicine residencies.  Society for Academic Emergency Medicine (SAEM) Annual Meeting, San Francisco, California; May 1993.

2.  Hayden SR:  Colorimetric end-tidal $CO_2$ detector for verification of endotracheal tube placement in out-of-hospital cardiac arrest.  American College of Emergency Physicians (ACEP) Research Symposium, San Diego, California; March 1994.

3.  Hayden SR:  Evidence-based medicine: A proposed curriculum for an emergency medicine residency.  SAEM Annual Meeting, San Antonio, Texas; May 1995.

4.  Hayden SR:  Domestic violence in the emergency department: How do women prefer to disclose and discuss the issues?  SAEM Annual Meeting, Denver, Colorado; May 1996.

5.  Chan TC, Vilke GM, Hayden SR:  Structured curriculum in domestic violence and child abuse for emergency medicine residents.  SAEM Annual Meeting, Denver, Colorado; May 1996.

6.  Chan TC, Clark RF, Schwartz B, Fletcher T, Hayden S:  Survey of patients denied ED care by their managed care plan.  SAEM Annual Meeting, Denver, Colorado  May 1996.

7.  Chan TC, Clark RF, Schwartz B, Fletcher T, Hayden S:  Survey of patients denied ED care by their managed care plan.  California Chapter of the American College of Emergency Physicians (CAL/ACEP) Scientific Assembly, La Jolla, California; June 1996.

8.  Hayden SR:  Teaching evidence-based medicine: A proposed short course for emergency medicine faculty.  SAEM Annual Meeting, Washington, DC; May 1997.

9.  Hamilton RS, Davis DP, Chan TC, Vilke GM, Hayden SR:   The effect of blade type and cervical spinal immobilization on larygoscopy in a cadaver model of intubation.  SAEM Annual Meeting, Chicago, Illinois; May 1998.

10. Friedman L, Vilke GM, Chan TC, Hayden SR, Krishel SJ, Rosen P:  Emergency department airway management before and after the start of an emergency medicine residency training program.  SAEM Annual Meeting, Chicago, Illinois; May 1998.

11. Gerling MC, Hamilton RS, Davis DP, Morris GF, Chan TC, Vilke GM, Garfin SR, Hayden SR:  Movement across an unstable cervical spine injury in a cadaver model of intubation.  CAL/ACEP Scientific Assembly, Monterey, California; June 1998.

12. Sloane C, Chan TC, Vilke GM, Hayden SR, Krishel SJ, Rosen P:  Rapid sequence induction intubation of trauma patients in the prehospital versus hospital setting.  ACEP Research Forum, San Diego, California; October 1998.

Curriculum Vitae
Stephen R. Hayden, M.D., FACEP, FAAEM

POSTER PRESENTATIONS, continued:

13. Gerling MC, Hamilton RS, Davis DP, Morris GF, Vilke GM, Hayden SR:  The effects of cervical spine immobilization on technique and laryngoscope blade selection on an unstable cervical spine injury in a cadaver model of intubation.  ACEP Research Forum, San Diego, California; October 1998.

14. Hayden SR, Kimbro T:  Emergency airway management in acute overdose patients. SAEM Western Regional Research Forum, Los Angeles, California; March 1999.

15. Hayden SR:  What characteristics in EM applicants will predict future performance as an EM resident?  Second Mediterranean Emergency Medicine Congress, Sitges/Barcelona, Spain; September 15, 2003.

16. Hayden SR, Buono CJ, Kimbro T:  Emergency airway management in acute overdose patients.  Second Mediterranean Emergency Medicine Congress, Sitges/Barcelona, Spain; September 15, 2003.

17. Ly BT, Hayden SR:  Academic Development Pathway.  CORD Best Practices in Residency Training Conference, Washington DC; March 6-7, 2004.

18. Hayden SR, Ly BT:  EM Residents as Integrated Flight Crew: Beyond the "Ride-Along" Experience.  CORD Academic Assembly, New Orleans, Louisiana; March 5-6, 2005.

19. Ly BT, Hayden SR:  Using Faculty Advisors to Monitor Resident Fatigue and Progress. CORD Academic Assembly, New Orleans, Louisiana; March 5-6, 2005.

20. Hayden SR, Davis DP, Lee S:  Abdominal Pain in the ED: How Does Patient Perception Compare with Physician Assessment?  Third Mediterranean Emergency Medicine Congress, Nice, France; August 2005.

21. Kene M, Hayden SR:  International Emergency Medicine for Residents in EM Training Programs: An Educational Module.  CORD Academic Assembly, Las Vegas, Nevada; March 2006.

Curriculum Vitae
Stephen R. Hayden, M.D., FACEP, FAAEM

## SPEAKING ENGAGEMENTS/PRESENTATIONS:

1.  "Hyperbaric Oxygen Therapy: State of the Art" -- Visiting Professor, Department of Emergency Medicine Grand Rounds, University Medical Center, Stony Brook, New York; March 1995.

2.  "Everything You Wanted to Know About HBO But Were Afraid to Ask" -- Grand Rounds, Department of Emergency Medicine, UCSD Medical Center, San Diego, California; July 1995.

3.  "The Current Range of Procedural Experience Among Emergency Medicine Residencies" -- Council of Emergency Medicine Residency Directors (CORD) Annual Meeting, Denver, Colorado; May 1996.

4.  "Evidence-based Medicine" -- Visiting Professor, South Coast Medical Center, Laguna Beach, California; October 1996.

5.  "Evidence-based Medicine: How to Keep Up with Current Medical Knowledge" -- Society for Academic Emergency Medicine (SAEM) Annual Meeting, Washington, DC; May 1997.

6.  "Procedural Competency in Emergency Medicine: The Current Range of Resident Experience" -- SAEM Annual Meeting, Washington, DC; May 1997.

7.  "Pediatric Considerations in Hyperbaric Medicine" -- Grand Rounds, Children's Hospital and Health Center, San Diego, California; September 1997.

8.  "Evidence-based Medicine" -- American College of Emergency Physicians (ACEP) Scientific Assembly, San Francisco, California; October 1997.

9.  "Current Management of Renal Colic" -- ACEP Scientific Assembly, San Francisco, California; October 1997.

10. "Cost-effective Treatment of Common Infections" -- ACEP Scientific Assembly, San Francisco, California; October 1997.

11. Panel Discussant at "Chief Residents' Forum" -- ACEP Scientific Assembly, San Francisco, California; October 1997.

12. "Hyperbaric Oxygen Therapy: Is There Science Behind the Myth?" -- Grand Rounds, Department of Emergency Medicine, Loma Linda University Medical Center, Loma Linda, California; February 1998.

13. "Evidence-based Medicine" -- Grand Rounds, Department of Emergency Medicine, Johns Hopkins Medical Center, Baltimore, Maryland; March 1998.

14. "Effective Teaching Skills" -- Chief Residents' Forum, SAEM Annual Meeting, Chicago, Illinois; May 1998.

Curriculum Vitae
Stephen R. Hayden, M.D., FACEP, FAAEM

SPEAKING ENGAGEMENTS/PRESENTATIONS, continued:

15.  "Evidence-based Medicine" -- SAEM Annual Meeting, Chicago, Illinois; May 1998.

16.  Faculty at the Evidence-based Clinical Practice Workshop -- McMaster University, Hamilton, Ontario, Canada; June 1998.

17.  "Evidence-based Medicine" (lecture) -- ACEP Scientific Asembly, San Diego, California; October 1998.

18.  "Evidence-based Medicine" (workshop coordinator) -- ACEP Scientific Asembly, San Diego, California; October 1998.

19.  "Residency Application / Interview Process" -- Emergency Medicine Residents' Association (EMRA) National Medical Student Forum, San Diego, California; October 1998.

20.  "Resident Remediation" -- EMRA National Chief Residents' Forum, San Diego, California; October 1998.

21.  "Procedural Competency in Emergency Medicine"; Final Report of the Procedural Competency Task Force -- CORD Meeting, San Diego, California; October 1998.

22.  "Evidence-based Medicine in a Busy Emergency Department" -- Navigating the Academic Waters: CORD/AACEM Faculty Development Conference, Washington, DC; February 1999.

23.  "Mentoring in Emergency Medicine" -- Navigating the Academic Waters: CORD/AACEM Faculty Development Conference, Washington, DC; February 1999.

24.  "Evidence-based Medicine" -- SAEM Western Regional Research Forum, Los Angeles, California; March 1999.

25.  "New Articles to Change Your Practice" -- ACEP Winter Symposium, Cancun, Mexico; March 1999.

26.  "Switching Gears: Evidence-based Medicine" -- ACEP Winter Symposium, Cancun, Mexico; March 1999.

27.  "Journal Club" -- ACEP Winter Symposium, Cancun, Mexico; March 1999.

28.  "Fast Talking: Violence in the Emergency Department" -- ACEP Winter Symposium, Cancun, Mexico; March 1999.

29.  Evidence-based Medicine Workshop -- Coordinated and lectured in full-day workshop, SAEM Annual Meeting, Boston, Massachusetts; May 1999.

30.  Faculty at the Evidence-based Clinical Practice Workshop -- McMaster University, Hamilton, Ontario, Canada; June 1999.

Curriculum Vitae
Stephen R. Hayden, M.D., FACEP, FAAEM

SPEAKING ENGAGEMENTS/PRESENTATIONS, continued:

31.  "Cost Effective Treatment of Common Infections" -- ACEP Scientific Asembly, Las Vegas,
      Nevada; October 1999.

32.  "Violence in the Emergency Department" -- ACEP Scientific Asembly, Las Vegas, Nevada;
      October 1999.

33.  "Evidence-based Medicine" (workshop coordinator) -- ACEP Scientific Asembly, Las Vegas,
      Nevada; October 1999.

34.  "How to Teach Evidence-based Medicine" (faculty) -- New York Academy of Medicine,
      New York, New York; October 1999.

35.  "Diving Emergencies" -- ACEP Winter Symposium, Koloa, Kauai, Hawaii; January 2000.

36.  "Decision Rules in the Emergency Department" -- ACEP Winter Symposium, Koloa, Kauai,
      Hawaii; January 2000.

37.  "Meningitis in the Year 2000: An Evidence-based Review" -- ACEP Winter Symposium,
      Koloa, Kauai, Hawaii; January 2000.

38.  "Using Evidence-based Information Resources at the Bedside" -- Alberta Heritage Foundation
      for Medical Research Scholarship as Distinguished Visiting Professor, Edmonton, Alberta,
      Canada;  awarded April 2000.

39.  "Teaching Evidence-based Medicine at the Bedside" -- SAEM Western Regional Research
      Forum, Portland, Oregon; April 2000.

40.  "Evidence-based Medicine: Formulating a Good Clinical Question" -- William Spivey
      Resident Research Lecture, SAEM Annual Meeting, San Francisco, California; April 2000.

41.  "The Chief Resident as a Teacher" -- Chief Residents' Forum, SAEM Annual Meeting,
      San Francisco, California; April 2000.

42.  Faculty Facilitator/Small Group Leader at the Evidence-based Clinical Practice Workshop --
      McMaster University, Hamilton, Ontario, Canada; June 2000.

43.  "Effective Teaching Strategies" -- Grand Rounds, Department of Emergency Medicine,
      Harbor/UCLA Medical Center, Long Beach, California; July 2000.

44.  "Evidence-based Medicine at the Bedside" -- Grand Rounds, Department of Emergency
      Medicine, UC Irvine Medical Center, Irvine, California; July 2000.

45.  "Gender Differences in Academic Emergency Medicine" -- CORD/AACEM Faculty
      Development Course, Washington, DC; March 2001.

Curriculum Vitae
Stephen R. Hayden, M.D., FACEP, FAAEM


SPEAKING ENGAGEMENTS/PRESENTATIONS, continued:

46.   "Teaching Evidence-based Medicine at the Bedside" -- CORD/AACEM Faculty Development
      Course, Washington, DC; March 2001.

47.   "The Chief Resident as Teacher" -- SAEM Annual Meeting, Atlanta, Georgia; May 2001.

48.   "Clinical Bedside Teaching" -- SAEM Annual Meeting, Atlanta, Georgia; May 2001.

49.   Evidence-based Medicine Workshop -- Coordinated and lectured in full-day workshop,
      SAEM Annual Meeting, Atlanta, Georgia; May 2001.  Topics included:
         -  Introduction and overview
         -  The Good Clinical Question
         -  Efficient Searching of the Medical Literature
         -  Issues of Therapy
         -  Issues of Diagnosis

50.   Faculty at the Evidence-based Clinical Practice Workshop -- McMaster University, Hamilton,
      Ontario, Canada; June 2001.

51.   "Occult Bacteremia" -- Update in Emergency Medicine Conference, Naval Hospital,
      San Diego, California; August 1, 2001.

52.   Evidence-based Emergency Medicine Workshop, Hong Kong, China; August 27-31, 2001.
      Topics       included:
         -  Introduction to EBM in Emergency Medicine
         -  Formulating Good Clinical Questions
         -  Searching for Best Evidence
         -  Issues of Therapy: The RCT
         -  Issues of Therapy: Relative Risk to NNT
         -  Issues of Diagnosis: The Likelihood Ratio in Diagnosis
         -  Using Clinical Parameters in Diagnosis

53.   "Evidence-based Emergency Medicine: Making Sense of it All" -- International Meeting of
      the European Society of Emergency Medicine/American Academy of Emergency Medicine
      Mediterranean Symposium, Stresa, Italy; September 2-5, 2001.

54.   "Practical Evidence-based Emergency Medicine" -- ACEP Scientific Assembly, Chicago,
      Illinois; October 2001.

55.   "Do I Need to Get that X-ray?" -- ACEP Scientific Assembly, Chicago, Illinois; October 2001.

56.   "Hyperbaric Medicine Update" -- Pediatric Grand Rounds, Children's Hospital & Health
      Center, San Diego, California; November 16, 2001.

Curriculum Vitae
Stephen R. Hayden, M.D., FACEP, FAAEM

SPEAKING ENGAGEMENTS/PRESENTATIONS, continued:

57.   Navigating the Academic Waters: Tools for Emergency Medicine Conference (sponsored by
      CORD), Washington, DC; March 2-4, 2002.
      -   The Gender Difference in Emergency Medicine
      -   Small Group Discussions of Problems Unique to Men vs Those Faced by Women
      -   Panel Discussion: How to Get Involved in Regional/National Academic Affairs
      -   Bedside Use of Evidence-based Medicine

58.   "What Characteristics of Emergency Medicine Applicants Will Predict Future Performance as
      an Emergency Medicine Resident?" -- SAEM Western Regional Research Forum, San Diego,
      California; April 6, 2002.

59.   "Resident Scholarly Activity: To Do or Not to Do, That is the Question" -- Panel Discussion,
      SAEM Western Regional Research Forum, San Diego, California; April 6, 2002.

60.   "Practical Evidence-based Medicine" -- Emergency Medicine and All That Jazz, New
      Orleans, Louisiana; May 2002.

61.   "Decision Rules in the Emergency Department" -- Emergency Medicine and All That Jazz,
      New Orleans, Louisiana; May 2002.

62.   "Effective Teaching Strategies" -- SAEM Annual Meeting, St. Louis, Missouri; May 2002.

63.   "Becoming an Educated Consumer: How to Use Pharmaceutical Literature to Teach Residents
      Critical Appraisal" -- SAEM Annual Meeting, St. Louis, Missouri; May 2002.

64.   Advanced EBM Workshop on Diagnostic Reasoning: Using Clinical Parameters as Diagnostic
      Tests -- SAEM Annual Meeting, St. Louis, Missouri; May 2002.

65.   "Practical Evidence-based Medicine" -- California ACEP Scientific Assembly, Long Beach,
      California; June 2002.

66.   "The Role of Hyperbaric Oxygen Therapy" -- Visiting Professor, Hospital Authority of Hong
      Kong, China; September 13, 2002.

67.   Evidence-based Emergency Medicine Workshop, Hong Kong, China; September 10-14, 2002.
      Topics        included:
      -   Introduction to EBM in Emergency Medicine
      -   Formulating Good Clinical Questions
      -   Searching for Best Evidence
      -   Issues of Therapy: The RCT
      -   Issues of Therapy: Relative Risk to NNT
      -   Issues of Diagnosis: The Likelihood Ratio in Diagnosis
      -   Using Clinical Parameters in Diagnosis

Curriculum Vitae
Stephen R. Hayden, M.D., FACEP, FAAEM

SPEAKING ENGAGEMENTS/PRESENTATIONS, continued:

68. "Practical Evidence-based Medicine" -- Society of Orange County Emergency Physicians, Irvine, California; November 6, 2002.

69. "Effective Teaching Strategies" -- Grand Rounds, Department of Emergency Medicine, Northwestern University Medical Center, Chicago, Illinois; February 5, 2003.

70. "Bedside Evidence-based Medicine" -- Navigating the Academic Waters Faculty Development Conference, Washington, DC; February 22, 2003.

71. "Developing a Model Emergency Medicine Curriculum" -- CORD Best Practices in Residency Training Conference, Washington, DC; February 23, 2003.

72. "Diving Emergencies" -- Tarzana Wilderness Medicine Conference, Tarzana, California; April 8, 2003.

73. "Bedside Use of Evidence-based Medicine" -- The Montreal Evidence Based Medicine Conference, Mont Tremblant, Quebec, Canada; May 5, 2003.

74. "Becoming an Educated Consumer" -- The Montreal Evidence Based Medicine Conference, Mont Tremblant, Quebec, Canada; May 7, 2003.

75. "The Chief Resident as Teacher" -- EMRA Chief Residents Forum, SAEM Annual Meeting, Boston, Massachusetts; May 28, 2003.

76. "Bedside Teaching" -- SAEM Annual Meeting, Boston, Massachusetts; May 28, 2003.

77. Opening Ceremony: CORD President's Address to the International Congress, Second Mediterranean Emergency Medicine Congress, Sitges/Barcelona, Spain; September 14, 2003.

78. Oral Research Presentation: "Nasotracheal Intubation in Current Emergency Medicine Practice" -- Second Mediterranean Emergency Medicine Congress, Sitges/Barcelona, Spain; September 15, 2003.

79. "Evidence-based Medicine on the Go" -- Second Mediterranean Emergency Medicine Congress, Sitges/Barcelona, Spain; September 17, 2003.

80. "Opportunities for Faculty in a Specialty Organization" -- Second Mediterranean Emergency Medicine Congress, Sitges/Barcelona, Spain; September 17, 2003.

81. "Balancing Life and Career in Emergency Medicine" -- EMRA Medical Student Forum at the ACEP Scientific Assembly, Boston, Massachusetts; October 11, 2003.

82. "ACGME Core Competencies: Examples of Integration into the Evaluation Process" -- CORD Best Practices in Residency Training Conference, Washington, DC; March 7, 2004.

Curriculum Vitae
Stephen R. Hayden, M.D., FACEP, FAAEM

SPEAKING ENGAGEMENTS/PRESENTATIONS, continued:

83. "Keeping Up with Current Medical Knowledge" -- Emergency Medicine and All That Jazz, New Orleans, Louisiana; April 23, 2004.

84. "Everything You Always Wanted to Know About Diving Emergencies But Were Afraid to Ask" -- Emergency Medicine and All That Jazz, New Orleans, Louisiana; April 24, 2004.

85. "Carbon Monoxide Poisoning" -- Emergency Medicine and All That Jazz, New Orleans, Louisiana; April 24, 2004.

86. "So You Want to Become a Program Director" -- SAEM Annual Meeting, Orlando, Florida; May 17, 2004.

87. "Evidence Based Pain Management" -- California ACEP Annual Meeting, Lake Tahoe, California; May 29, 2004.

88. "Hyperbaric Medicine and Carbon Monoxide Poisoning" -- Emergency Medicine Grand Rounds, Stanford University Medical Center, Palo Alto, California; September 8, 2004.

89. "EMS Research: Unique Ethical and Regulatory Issues" -- Applied Research Ethics National Association (ARENA) Annual Meeting, San Diego, California; October 31, 2004.

90. "Bedside Evidence-based Medicine: Integrating Clinical Evidence at the Bedside" -- American Academy of Emergency Medicine (AAEM) Scientific Assembly, San Diego, California; February 19, 2005.

91. "Hyperbaric Medicine: State of the Art" -- Michigan Statewide Emergency Medicine Conference, Kalamazoo, Michigan; May 2005.

92. "Integrating Residency Evaluation Tools and the ACGME Core Competencies: What EM Faculty Really Need To Know " -- SAEM Annual Meeting, New York, New York; May 24, 2005.

93. "Metabolic Complications of Diets, Fads, and Starvation" -- ACEP Scientific Assembly, Washington, DC; September 25-29, 2005.

94. "Applying the Medical Literature to Your Everyday Practice" -- ACEP Scientific Assembly, Washington, DC; September 25-29, 2005.

95. "Great Expectations: Knowing the Competencies You Will Need to Keep Practicing" -- ACEP Scientific Assembly, Washington, DC; September 25-29, 2005.

96. "Industry-sponsored Research in Emergency Medicine" -- ACEP Research Forum, Washington, DC; September 27, 2005.

Curriculum Vitae
Stephen R. Hayden, M.D., FACEP, FAAEM

SPEAKING ENGAGEMENTS/PRESENTATIONS, continued:

97.   "Implementing the Core Competencies in Emergency Medicine" -- ACEP Advanced
      Teaching Fellowship, Albuquerque, New Mexico; September 2006, and 2007.

98.   "Measuring and Documenting the Core Competencies" -- ACEP Advanced Teaching
      Fellowship, Albuquerque, New Mexico; September 2006, and 2007.

99.   "Defining Outcomes for the Core Competencies" -- ACEP Advanced Teaching Fellowship,
      Albuquerque, New Mexico; September 2006, and 2007.

Medical records reviewed by Dr. Hayden are not attached to this affidavit, but are incorporated
by reference from
Exhibit A in Defendant's Motion
Because they Are the Same Records
And Are Not Being Attached Simply
To Avoid Excessive File Size

**REDACTED**

| FIN | PATIENT | DOB | AGE_AT_DOS | Test Ordered | Ordered Date | Reason for Visit | Order Status | Admit Type | Ending Pt Type | DOCTOR | Nurse Unit at Order Time |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 4/25/2005 | 3 Years | Complete Blood Count w/ Diff and Platele | 11/4/2005 14:11 | COLD, FEVER | Canceled | Emergency | Emergency | Haynes, Philip A MD | SE CER5 Print |
| | | 7/22/2005 | 3 Years | Complete Blood Count w/ Diff and Platele | 9/29/2005 3:54 | COUGH | Canceled | Emergency | Emergency | Haynes, Philip A MD | SE CER2 Print |
| | | 10/28/2005 | 3 Years | Complete Blood Count w/ Diff and Platele | 11/26/2005 7:55 | PEDI ILLNESS | Canceled | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| | | 2/8/2005 | 3 Years | Complete Blood Count w/ Diff and Platele | 8/20/2005 21:17 | FEVER VOMITING | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| | | 6/18/2005 | 3 Years | Complete Blood Count w/ Diff and Platele | 12/26/2005 9:26 | COUGH | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| | | 2/6/2005 | 3 Years | Complete Blood Count w/ Diff and Platele | 2/9/2006 19:52 | VOMITING   VOMITING X3 DAYS , FEVER X1 WEEK, PT DRINKS | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| | | 4/1/2005 | 3 Years | Complete Blood Count w/ Diff and Platele | 11/12/2005 20:54 | FEVER, INSECT BITES | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| | | 1/13/2005 | 3 Years | Complete Blood Count w/ Diff and Platele | 7/27/2005 15:04 | VOMITING/FEVER | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER5 Print |
| | | 5/12/2005 | 3 Years | Complete Blood Count w/ Diff and Platele | 6/3/2005 23:06 | BLOODY STOOL | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| | | 1/10/2005 | 3 Years | Complete Blood Count w/ Diff and Platele | 7/17/2005 9:11 | FEVER | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| | | 4/10/2005 | 3 Years | Complete Blood Count w/ Diff and Platele | 5/13/2005 6:59 | ABD PAIN | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| | | 6/23/2005 | 3 Years | Complete Blood Count w/ Diff and Platele | 8/24/2005 17:46 | FEVER | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER2 Print |
| | | 8/30/2004 | 4 Years | Complete Blood Count w/ Diff and Platele | 9/3/2005 20:15 | FEVER | Completed | Emergency | Outpatient | Haynes, Philip A MD | SE CER1 |
| | | 3/26/2004 | 4 Years | Complete Blood Count w/ Diff and Platele | 4/18/2005 4:12 | GASTROEYTERITIS | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| | | 3/26/2004 | 4 Years | Complete Blood Count w/ Diff and Platele | 4/18/2005 11:20 | GASTROEYTERITIS | Completed | Emergency | Outpatient | Haynes, Philip A MD | SE CER1 |
| | | 3/4/2004 | 4 Years | Complete Blood Count w/ Diff and Platele | 12/30/2005 17:12 | REACTIVE AIRWAY DISEASE | Completed | Emergency | Outpatient | Haynes, Philip A MD | SE C4B |
| | | 9/7/2004 | 4 Years | Complete Blood Count w/ Diff and Platele | 5/14/2005 12:45 | COUGH - FEVER | Completed | Emergency | Inpatient | Haynes, Philip A MD | SE CER2 Print |
| | | 8/18/2004 | 4 Years | Complete Blood Count w/ Diff and Platele | 10/16/2005 11:29 | EAR COMPLAINTS, FEVER | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER5 Print |
| | | 9/28/2004 | 4 Years | Complete Blood Count w/ Diff and Platele | 6/3/2005 23:53 | COUGH | Canceled | Emergency | Emergency | Haynes, Philip A MD | SE CER5 Print |
| | | 7/31/2004 | 4 Years | Complete Blood Count w/ Diff and Platele | 3/28/2005 17:57 | FEVER, | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER2 Print |
| | | 11/16/2004 | 4 Years | Complete Blood Count w/ Diff and Platele | 3/3/2005 21:28 | FEVER, | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER5 Print |
| | | 6/28/2004 | 4 Years | Complete Blood Count w/ Diff and Platele | 4/12/2005 7:29 | N/V | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| | | 7/30/2004 | 4 Years | Complete Blood Count w/ Diff and Platele | 7/16/2005 8:59 | FEVER | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| | | 1/23/2004 | 4 Years | Complete Blood Count w/ Diff and Platele | 2/25/2005 12:43 | DIARRHEA | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| | | 1/23/2004 | 4 Years | Complete Blood Count w/ Diff and Platele | 2/25/2005 12:45 | DIARRHEA | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| | | 7/9/2004 | 4 Years | Complete Blood Count w/ Diff and Platele | 7/6/2005 23:31 | VOMITING, DIARRHEA | Canceled | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| | | 4/27/2004 | 4 Years | Complete Blood Count w/ Diff and Platele | 10/16/2005 11:05 | FEVER | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER5 Print |
| | | 4/28/2004 | 4 Years | Complete Blood Count w/ Diff and Platele | 10/15/2005 7:15 | FEVER | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| | | 9/21/2004 | 4 Years | Complete Blood Count w/ Diff and Platele | 6/26/2005 15:51 | FEVER | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER5 Print |
| | | 6/9/2004 | 4 Years | Complete Blood Count w/ Diff and Platele | 8/24/2005 23:39 | FEBRILE ILLNESS | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| | | 6/8/2004 | 4 Years | Complete Blood Count w/ Diff and Platele | 4/18/2005 2:45 | POSSIBLE SEIZURE | Completed | Emergency | Outpatient | Haynes, Philip A MD | SE CER1 |
| | | 7/6/2003 | 5 Years | Complete Blood Count w/ Diff and Platele | 9/1/2005 4:20 | FEVER SEIZURE | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER2 Print |
| | | 7/8/2003 | 5 Years | Complete Blood Count w/ Diff and Platele | 9/17/2005 4:47 | FEVER SEIZURE | Canceled | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| | | 8/4/2003 | 5 Years | Complete Blood Count w/ Diff and Platele | 2/24/2005 15:53 | VOMITING, DIARRHEA | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| | | 2/11/2003 | 5 Years | Complete Blood Count w/ Diff and Platele | 2/19/2005 2:49 | DIARRHEA, VOMITING | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |

**ISE-TG-0298**

REDACTED

37540797-6043 GUZMAN, █████████

| Date | Age | Test | Date/Time | Diagnosis | Status | | | Provider | Code |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/2003 | 5 Years | Complete Blood Count w/ Diff and Platele | 8/17/2005 23:53 | GASTROENTERITIS, HYPERGLYCEMIA, ACUTE RE | Completed | Emergency | Outpatient | Haynes, Philip A MD | SE CER1 |
| 10/31/2003 | 5 Years | Complete Blood Count w/ Diff and Platele | 8/18/2005 3:58 | GASTROENTERITIS, HYPERGLYCEMIA, ACUTE RE | Completed | Emergency | Outpatient | Haynes, Philip A MD | SE C4B |
| 3/24/2003 | 5 Years | Complete Blood Count w/ Diff and Platele | 6/25/2005 8:15 | FEVER | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER2 Print |
| 1/26/2003 | 5 Years | Complete Blood Count w/ Diff and Platele | 2/12/2006 9:34 | OTHER- POSSIBLE CHOKING OR SEIZURE | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER5 Print |
| 2/25/2003 | 5 Years | Complete Blood Count w/ Diff and Platele | 10/22/2005 3:49 | COUGH | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER5 Print |
| 11/24/2003 | 5 Years | Complete Blood Count w/ Diff and Platele | 4/17/2005 0:07 | FEVER | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER5 Print |
| 4/4/2003 | 5 Years | Complete Blood Count w/ Diff and Platele | 7/17/2005 12:26 | FEVER | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER5 Print |
| 6/8/2003 | 5 Years | Complete Blood Count w/ Diff and Platele | 1/11/2006 5:11 | FEVER | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| 8/10/2003 | 5 Years | Complete Blood Count w/ Diff and Platele | 1/2/2006 14:36 | FEVER | Canceled | Emergency | Emergency | Haynes, Philip A MD | SE CER5 Print |
| 2/12/2002 | 6 Years | Complete Blood Count w/ Diff and Platele | 6/29/2005 12:28 | POSS SEIZURE | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| 10/28/2002 | 6 Years | Complete Blood Count w/ Diff and Platele | 2/12/2006 11:40 | FEVER VOMITING | Canceled | Emergency | Emergency | Haynes, Philip A MD | SE CER2 Print |
| 10/28/2002 | 6 Years | Complete Blood Count w/ Diff and Platele | 2/12/2006 12:11 | FEVER VOMITING | Canceled | Emergency | Emergency | Haynes, Philip A MD | SE CER2 Print |
| 12/22/2002 | 6 Years | Complete Blood Count w/ Diff and Platele | 5/27/2005 17:52 | ABD PAIN/FEVER | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| 5/6/2002 | 6 Years | Complete Blood Count w/ Diff and Platele | 10/20/2005 7:38 | FEVER, ABD PAIN | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| 11/9/2001 | 7 Years | Complete Blood Count w/ Diff and Platele | 12/30/2005 19:18 | UTI | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER5 Print |
| 11/23/2001 | 7 Years | Complete Blood Count w/ Diff and Platele | 5/13/2005 9:00 | REACTIVE AIRWAY | Completed | Emergency | Outpatient | Haynes, Philip A MD | SE CER2 Print |
| 6/29/2001 | 7 Years | Complete Blood Count w/ Diff and Platele | 1/14/2006 23:51 | COLD | Discontinued | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| 9/15/2001 | 7 Years | Complete Blood Count w/ Diff and Platele | 4/22/2005 1:06 | VOMITING FEVER | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| 5/24/1999 | 9 Years | Complete Blood Count w/ Diff and Platele | 6/21/2005 14:31 | POSS OVERDOSE | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| 2/13/1999 | 9 Years | Complete Blood Count w/ Diff and Platele | 8/2/2005 14:01 | V/D | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| 10/26/1999 | 9 Years | Complete Blood Count w/ Diff and Platele | 12/26/2005 12:36 | FEVER | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| 1/3/2000 | 9 Years | Complete Blood Count w/ Diff and Platele | 11/9/2005 21:57 | ABCESS | Canceled | Emergency | Emergency | Haynes, Philip A MD | SE CER5 Print |
| 6/21/1999 | 9 Years | Complete Blood Count w/ Diff and Platele | 5/13/2005 10:58 | ABD PAIN | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| 1/14/1999 | 9 Years | Complete Blood Count w/ Diff and Platele | 6/2/2005 3:48 | ACUTE APPENDICITIS | Completed | Emergency | Inpatient | Haynes, Philip A MD | SE CER1 |
| 7/3/1998 | 10 Years | Complete Blood Count w/ Diff and Platele | 6/12/2005 17:54 | NEAR DROWNING | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| 3/26/1998 | 10 Years | Complete Blood Count w/ Diff and Platele | 5/14/2005 7:06 | ABD PAIN | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| 3/17/1998 | 10 Years | Complete Blood Count w/ Diff and Platele | 2/12/2006 8:33 | FEVER, VOMITING | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| 12/10/1998 | 10 Years | Complete Blood Count w/ Diff and Platele | 11/12/2005 3:25 | ABD PAIN | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER2 Print |
| 7/6/1997 | 11 Years | Complete Blood Count w/ Diff and Platele | 1/4/2006 8:39 | MVA | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| 2/7/1996 | 12 Years | Complete Blood Count w/ Diff and Platele | 12/26/2005 10:17 | KNEE PAIN | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER5 Print |
| 5/15/1996 | 12 Years | Complete Blood Count w/ Diff and Platele | 4/12/2005 15:59 | FEBRILE ILLNESS | Completed | Emergency | Outpatient | Haynes, Philip A MD | SE CER1 |
| 1/21/1996 | 12 Years | Complete Blood Count w/ Diff and Platele | 7/15/2005 11:16 | PT LEFT BEFOR TRI/REG | Discontinued | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| 4/15/1995 | 13 Years | Complete Blood Count w/ Diff and Platele | 7/21/2005 11:28 | SEIZURE | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| 11/26/1995 | 13 Years | Complete Blood Count w/ Diff and Platele | 3/16/2005 21:39 | ABDOMINAL PAIN | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER2 Print |
| 10/25/1995 | 13 Years | Complete Blood Count w/ Diff and Platele | 2/15/2005 22:32 | ABD PAIN | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| 4/12/1995 | 13 Years | Complete Blood Count w/ Diff and Platele | 12/26/2005 12:31 | ABD PAIN | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| 12/17/1995 | 13 Years | Complete Blood Count w/ Diff and Platele | 5/21/2005 18:51 | ABDOMINAL PAIN | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER2 Print |

REDACTED

| Date | Age | Test | Date/Time | Description | Status | | | Provider | Location |
|---|---|---|---|---|---|---|---|---|---|
| 12/10/1995 | 13 Years | Complete Blood Count w/ Diff and Platele | 7/25/2005 0:59 | MOTOR VEHICLE ACCIDENT | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER5 Pri |
| 9/17/1994 | 14 Years | Complete Blood Count w/ Diff and Platele | 2/6/2006 21:09 | POSSIBLE APPENDIDISIS | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| 9/9/1994 | 14 Years | Complete Blood Count w/ Diff and Platele | 1/4/2006 9:18 | MVA | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| 8/25/1994 | 14 Years | Complete Blood Count w/ Diff and Platele | 3/4/2006 2:04 | LACERATION EAR | Completed | Emergency | Outpatient | Haynes, Philip A MD | SE CER1 |
| 12/27/1993 | 15 Years | Complete Blood Count w/ Diff and Platele | 5/22/2005 23:48 | FULL THICKNESS FRICTION BURN TO LEFT MID | Canceled | Emergency | Inpatient | Haynes, Philip A MD | SE CER5 Pri |
| 12/29/1993 | 15 Years | Complete Blood Count w/ Diff and Platele | 3/20/2005 23:39 | SEIZURE | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| 8/30/1993 | 15 Years | Complete Blood Count w/ Diff and Platele | 7/23/2005 19:57 | HIVES | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER5 Pri |
| 9/19/1992 | 16 Years | Complete Blood Count w/ Diff and Platele | 6/16/2005 18:36 | FALL | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER1 |
| 10/21/1992 | 16 Years | Complete Blood Count w/ Diff and Platele | 4/18/2005 0:20 | ASTHMA ATTACK | Completed | Emergency | Inpatient | Haynes, Philip A MD | SE CER1 |
| 6/12/1991 | 17 Years | Complete Blood Count w/ Diff and Platele | 8/18/2005 3:02 | ABDOMINAL PAIN | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER2 Pri |
| 12/3/1991 | 17 Years | Complete Blood Count w/ Diff and Platele | 3/16/2005 20:38 | ABDOMINAL PAIN | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER2 Pri |
| 10/7/1991 | 17 Years | Complete Blood Count w/ Diff and Platele | 7/16/2005 12:44 | ABD PAIN | Completed | Emergency | Inpatient | Haynes, Philip A MD | SE CER1 |
| 8/9/1990 | 18 Years | Complete Blood Count w/ Diff and Platele | 9/18/2005 4:49 | GALLSTONES, ABDOMINAL PAIN | Completed | Emergency | Outpatient | Haynes, Philip A MD | SE CER1 |
| 3/25/1990 | 18 Years | Complete Blood Count w/ Diff and Platele | 3/20/2005 6:39 | PAIN IN RT LOWER ABD | Completed | Emergency | Outpatient | Haynes, Philip A MD | SE C4B |
| 3/25/1990 | 18 Years | Complete Blood Count w/ Diff and Platele | 3/20/2005 8:58 | PAIN IN RT LOWER ABD | Completed | Emergency | Outpatient | Haynes, Philip A MD | SE C4B |
| 3/25/1990 | 18 Years | Complete Blood Count w/ Diff and Platele | 3/20/2005 8:58 | PAIN IN RT LOWER ABD | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER5 Pri |
| 9/8/1990 | 18 Years | Complete Blood Count w/ Diff and Platele | 2/9/2006 19:15 | OTHER - DEHYDRATION CRAMPING | Completed | Emergency | Emergency | Haynes, Philip A MD | SE CER2 Pri |
| 5/14/1990 | 18 Years | Complete Blood Count w/ Diff and Platele | 2/11/2006 12:09 | INFECTION ON STOMACH, FEVER, SORE THROAT | | | | | |

MHSE-TG-0300

# SMYSER KAPLAN & VESELKA, L.L.P.

BANK OF AMERICA CENTER
700 LOUISIANA  SUITE 2300  HOUSTON, TEXAS 77002
TELEPHONE 713.221.2300  FACSIMILE 713.221.2320

Direct Dial Number:                                                          Author's E-mail Address:
713 221-2345                                                                 cbryan@skv.com

February 25, 2009

Mr. Phillip A. Pfeifer                                    *Via Certified Mail-RRR*
Phillip A. Pfeifer, P.C.
5216 Jackson Street
Houston, TX 77004

   Re: CA No. 07-03973; *Wendy Guzman vs. Memorial Hermann Hospital
     System; In the United States District Court, Southern District of Texas,
     Houston Division*

Dear Phil:

  Enclosed are additional Emergency Center policies (bates numbered MHSE-TG-0287 through 0297).  Also enclosed is a redacted list of patients for whom Dr. Haynes ordered CBC with Differential from February 12, 2005 through February 12, 2006 (bates numbered MHSE-TG-0298 through 0300).

  This shall serve as Memorial Hermann Hospital System d/b/a Memorial Hermann Southeast Hospital's supplemental response to all discovery requests.

     Sincerely,

     Chris Bryan

CAB/tm
Encls.

cc: Mr. Charles Brennig, III
  The Henke Law Firm, LLP
  3200 Southwest Freeway, 34th Floor
  Houston, Texas  77027

**MHHCS**
**CORPORATE POLICY AND PROCEDURE MANUAL**

**POLICY TITLE:**   Assessment/Reassessment

**CATEGORY:**   Emergency Center
**INDEX NUMBER:**   EMC-00006
**ORIGINAL DATE:**   6/30/2005
**LAST REVIEW DATE:**   7/1/2005
**SUPERCEDES:**

1. **PURPOSE:**

   1.1   To determine the severity of illness or injury for all patients who present to the Emergency Department for treatment. To perform a systematic and comprehensive evaluation of those illnesses or injuries and initiate appropriate interventions

2. **STATEMENT:**

   2.1   Assessments are divided into primary and secondary surveys. Assessments shall be initial and ongoing.

3. **PROCEDURE:**

   3.1   Primary Survey:

      3.1.1   Involves a brief, rapid assessment to identify actual or potential, life threatening illness or injury:
         3.1.1.1   Airway
         3.1.1.2   Breathing
         3.1.1.3   Circulation
         3.1.1.4   Disability
               3.1.1.4.1   GCS (Glascow Coma Score)

   3.2   Secondary Survey:

      3.2.1   Involves a more focused & detailed evaluation of the patient to identify other, less severe, non-life-threatening, illness or injury. After the life-threatening issues have been addressed, the following should be obtained:

MHSE-TG-0293

3.2.1.1 **Vital signs:** a complete set of vital signs, when clinically indicated, including pulse oximetry and pain scale, should be obtained.

3.2.1.2 **Head to toe assessment of body systems**, when clinically indicated. The assessment may be focused on only the area of complaint, or the entire body.

3.2.1.3 **Cardiac rhythm:** When clinically indicated (ie: chest pain, arrhythmia), an EKG should be obtained & monitor strip mounted on the nurses notes as a baseline and whenever significant changes in rate, rhythm or ectopy occur.

3.2.1.4 **Glascow coma scale:** should be obtained on all patients when clinically indicated (ie: head trauma, altered mental status). All trauma patients require an admission GCS.

3.2.1.5 **Last menstrual period:** should be obtained on all female patients of child bearing age, when clinically indicated (ie: abdominal pain, vaginal bleeding).

3.2.1.6 **Immunization history:** (specifically last tetanus) should be obtained on all patients, when clinically indicated (ie: laceration, all trauma patients).

3.2.1.7 **Weight:** should be obtained on all pediatric patients and any patient requiring medications with weight based dosing (ie: rabies immunization, heparin). Weight should be actual (by scale), not estimated/stated weight.

3.2.1.8 **Head circumference:** should be obtained on children < 12 months when clinically indicated (ie: hydrocephalus, failure to thrive).

3.2.1.9 **Visual acuity:** should be obtained when clinically indicated.

3.2.1.10 **Past medical & surgical history:** any significant medical or surgical history should be ascertained & documented in the chart.

3.2.1.11 **Current medications:** A complete list of the patients' medications, including over the counter & herbal/natural remedies should be documented in the chart.

3.2.1.12 **Allergies:** A complete list of the patients' allergies should be listed in the chart.

3.3 Reassessment:

3.3.1 The frequency of reassessment is based on the patient's acuity, condition, history & complaint, or as directed by the Physician; minimally every four (4) hours.

3.3.2 Timing of reassessments should reflect the patients' status at any given moment they are in the Emergency Center.

MHSE-TG-0294

3.3.3 An additional set of vital signs, including temperature and GCS, when clinically indicated, should be obtained within one hour of patient's discharge.


APPROVED: Thomas J. Flanagan, RN, BSN, MA, LP, CMTE
                    Assistant Vice-President
                    Corporate Emergency Services


APPROVED: John Zerwas, MD
                    Sr. Vice President & Chief Medical Officer
                    Memorial Hermann Healthcare System


DATE: June, 2005

MHSE-TG-0295

# SMYSER KAPLAN & VESELKA, L.L.P.

BANK OF AMERICA CENTER
700 LOUISIANA  SUITE 2300  HOUSTON, TEXAS 77002
TELEPHONE 713.221.2300  FACSIMILE 713.221.2320

Direct Dial Number:
713 221-2345

Author's E-mail Address:
cbryan@skv.com

February 25, 2009

Mr. Phillip A. Pfeifer                                    *Via Certified Mail-RRR*
Phillip A. Pfeifer, P.C.
5216 Jackson Street
Houston, TX 77004

      Re:    CA No. 07-03973; *Wendy Guzman vs. Memorial Hermann Hospital System; In the United States District Court, Southern District of Texas, Houston Division*

Dear Phil:

Enclosed are additional Emergency Center policies (bates numbered MHSE-TG-0287 through 0297).  Also enclosed is a redacted list of patients for whom Dr. Haynes ordered CBC with Differential from February 12, 2005 through February 12, 2006 (bates numbered MHSE-TG-0298 through 0300).

This shall serve as Memorial Hermann Hospital System d/b/a Memorial Hermann Southeast Hospital's supplemental response to all discovery requests.

          Sincerely,

          Chris Bryan

CAB/tm
Encls.

cc:    Mr. Charles Brennig, III
      The Henke Law Firm, LLP
      3200 Southwest Freeway, 34th Floor
      Houston, Texas  77027

**MHHCS**
**CORPORATE POLICY AND PROCEDURE MANUAL**

POLICY TITLE:   Triage Policy

**CATEGORY:**          Emergency Center
**INDEX NUMBER:**      EMC-00005
**ORIGINAL DATE:**     6/15/2005
**LAST REVIEW DATE:**  7/1/2005
**SUPERCEDES:**

1.   **PURPOSE:**

  1.1   To provide a standardized system whereby patients presenting to the Emergency Center are treated in order of priority based upon acuity utilizing the Emergency Severity Index Five-Level triage system.

2.   **STATEMENT:**

  2.1   Patients presenting to the Emergency Center will be triaged utilizing the 5-Level ESI model.

3.   **PROCEDURE:**

  3.1   An RN will triage all patients arriving to the Emergency Center to identify life-threatening conditions and prioritize patients according to acuity.

  3.2   The triage process is organized to identify life-threatening conditions and prioritize patients. The ESI model does not require vital signs during the initial triage unless the information is necessary to determine acuity category. Please refer to the attached *ESI Algorithm, v3* for the process of identifying one of the following five acuity categories:

     3.2.1  Level 1: Critical

     3.2.2  Level 2: Emergent

     3.2.3  Level 3: Urgent

     3.2.4  Level 4: Non-Urgent

     3.2.5  Level 5: Routine

**MHSE-TG-0290**

3.3     The appropriate focused assessment should be documented on the nursing record.

3.4     The triage nurse should document the appropriate acuity category on the nursing record.

3.5     The triage assessment may be limited to only those areas necessary to accurately assign a triage level based on the ESI system.

3.6     Protocols may be implemented based on patient acuity and available resources.

3.7     Patients will be placed in the treatment area based on acuity and available resources.

3.8     Primary nurses are responsible for reviewing the triage registered nurse's documentation and performing the focused assessment.

3.9     The triage nurse needs to communicate any special patient needs to the charge registered nurse to maintain the flow of patients.

3.10     Patients should be reassessed at appropriate intervals while waiting to be taken to the treatment area, based on acuity level and EC Assessment and Reassessment Policy.   Any significant symptoms should be reassessed for change and the acuity category modified

3.11     For Level I and Level II patients, every effort should be made to immediately place in a treatment area.   The Charge Nurse and/or Attending Physician shall be notified of any delays in bedding these patients.


APPROVED:  Thomas J. Flanagan, RN, BSN, MA, LP, CMTE
                 Assistant Vice-President
                 Corporate Emergency Services

APPROVED:  John Zerwas, MD
                 Sr. Vice President & Chief Medical Officer
                 Memorial Hermann Healthcare System


DATE: June, 2005

MHSE-TG-0291

Attached *ESI Algorithm, v3*



Figure 5-1 Emergency Severity Index, v3

# SMYSER KAPLAN & VESELKA, L.L.P.

BANK OF AMERICA CENTER
700 LOUISIANA  SUITE 2300  HOUSTON, TEXAS 77002
TELEPHONE 713.221.2300  FACSIMILE 713.221.2320

Direct Dial Number:
713 221-2345

Author's E-mail Address:
cbryan@skv.com

February 25, 2009

Mr. Phillip A. Pfeifer                                    *Via Certified Mail-RRR*
Phillip A. Pfeifer, P.C.
5216 Jackson Street
Houston, TX 77004

> Re:   CA No. 07-03973; *Wendy Guzman vs. Memorial Hermann Hospital System; In the United States District Court, Southern District of Texas, Houston Division*

Dear Phil:

Enclosed are additional Emergency Center policies (bates numbered MHSE-TG-0287 through 0297). Also enclosed is a redacted list of patients for whom Dr. Haynes ordered CBC with Differential from February 12, 2005 through February 12, 2006 (bates numbered MHSE-TG-0298 through 0300).

This shall serve as Memorial Hermann Hospital System d/b/a Memorial Hermann Southeast Hospital's supplemental response to all discovery requests.

Sincerely,

Chris Bryan

CAB/tm
Encls.

cc:   Mr. Charles Brennig, III
      The Henke Law Firm, LLP
      3200 Southwest Freeway, 34th Floor
      Houston, Texas  77027

## Memorial Hermann Hospital System:
## EMERGENCY CENTER TRIAGE
## GUIDELINES
(Original document 6-1-99, REVISED 4-11-00, revised 10-17-00, revised 4/17/01, 5-30-02)

These guidelines have been developed to assist in expediting patient flow. These orders are substantiated based on the patient's chief complaint and the documented nursing assessment. They are meant to assist the staff in ordering appropriate studies which expedites evaluation by the physician or physician extender. The patient is to be brought directly to a room if one is available. They are not intended to delay physician evaluation. Triage guidelines may be initiated by the appropriate provider in the triage area or by the nurse assigned to the patient room if the patient is brought directly back. These protocols should not in any way delay the physician or physician extender evaluation, not meant in any way to be interpreted as a standard of care. They have been reviewed and approved by the site medical director and administrative director.

Protocols are designed based on Chief complaint. IV rates should be obtained from the physician. Large bore IV is considered 16 or 18 gauge. It is accepted that IV starts, blood draws, performing EKG's, placing a patient on an EKG monitor, performing a bedside glucose determination, and oxygen administration are within the scope of practice of the ED tech and may be initiated by these providers. These providers, however, may only accomplish this after appropriate in servicing and documentation of skill/competency.

In event that a patient leaves prior to evaluation by the practitioner, the chart must present all triaged labs, EKGs, and/or X-rays to the attending ED physician. These will then be reviewed by the physician, if required, the patient will contacted and advised to return to the Emergency Center.

### ABDOMINAL PAIN
**FEMALE**
NPO
➤ CBC,
➤ HCG if childbearing age/HCG Quantitative if known pregnancy
➤ UA clean catch – Female cath specimen if vag. bleeding ↑ vag. Discharge or obese (Foley preferable if elderly, incontinent)
➤ Save extra tubes (draw 4 tubes)
Consult MD/MLP for pelvic exam as indicated
Saline lock (18 G) for severe pain or unstable V/S
Old chart
**MALE**
NPO
➤ CBC
➤ Collect and hold urine
➤ Save extra tubes (draw 4 tubes)
Saline lock (18 gauge) for severe pain
Old chart

### ALTERED MENTAL STATUS (NONTRAUMATIC)
Notify MD on arrival
O2 by nasal cannula at 2L/min
Cardiac, BP and pulse oximetry monitors
Saline lock (18g or larger)
Stat bedside glucose
➤ CBC
➤ BMP

➤ UA (Foley as appropriate)
➤ HCG if childbearing age/HCG Quantitative if known pregnancy
➤ Save and hold blood tubes
Old chart

### AMBULANCE PATIENTS WITH SPINAL IMMOBILIZATION
TRIAGE: Immediately notify the MD and/or MLP for any patient with complaint or finding suspicious of a spinal cord injury (numbness or weakness)
Notify the MD/MLP pt is awaiting room (may be assessed in hallway)
MD/MLP will assess patients with neck pain for X-table lateral, C-spine order
*Ambulatory patients presenting with significant mechanism of injury and neck pain should be appropriately immobilized in triage

### ANAPHYLACTIC REACTIONS
Notify MD on arrival
O2 by nasal cannula at 2L/min if dyspnea/shock
Cardiac, BP, and pulse oximetry monitors
Saline lock
IV NS (large bore) if pulse ≥120 and/ or BP ≤ 90. (ask MD for rate)
Request MD medication order as appropriate
Old chart

### CVA/STROKE
Notify MD on arrival
Frequent Neuro reevaluation and record
Cardiac, BP, and pulse oximetry monitors
O2 by nasal cannula at 2L/min
Alert CT of potential CT scan
Saline lock
➤ CBC
➤ BMP
➤ PT/PTT
➤ Save extra tubes
EKG
Old chart

### CHEST PAIN (SUGGESTIVE OF CARDIAC DISEASE > 35 YEARS)
Obtain EKG in triage if no bed immediately available and show to MD
O2 by nasal cannula at 2L/min
Cardiac, BP and pulse oximetry monitors
Saline lock (consider twin lumen catheter)
➤ CBC
➤ BMP
➤ CK
➤ CKMB
➤ Troponin T
Medications
➤ ASA – 325 mg po if not allergic, on anticoagulant, and not received prior to arrival
➤ NTG – 1/150 gr. SL q 5 min x 3 for c/p if patient previously on nitrates and blood pressure > or = 100mm. **Do not give NTG if received prior to arrival or if patient has taken Viagra within 24 hours (without consulting MD first)
Old Chart

### DIABETIC KETOACIDOSIS (KNOWN DIABETIC WITH N/V, KUSSMAUL RESP., AND/OR ODOR ACETONE ON Breath)
Notify MD on arrival
Cardiac and BP monitors
IV normal saline (large bore) Request rate from MD
Stat bedside glucose
➤ CBC
➤ BMP

➤ Serum acetone
➤ UA voided
Old chart

### DIABETES WITH HYPOGLYCEMIA
Adult patients presenting with altered mental status and potential hypoglycemia:
Obtain STAT bedside fingerstick
Saline lock
➤ BMP
➤ Save and hold 4 blood tubes
Administer D50 1 amp for finger stick of < 50
Notify MD immediately

### DYSPNEA (PEDIATRICS)
Notify MD on arrival if patient is distressed with rapid or labored respirations, use of accessory muscles or O2 sat ≤ 92% on Room air on arrival
Follow adult dyspnea protocol with the following medications:
1. If O2 sat ≤ 92% give O2 by nasal cannula at 3L/min or mask (10L) to younger children
2. If wheezing present – Albuterol 0.5 cc Neb Tx Zopenex may be substituted
3. Peak flow before/after every treatment
4. Delete BP monitoring if arrival BP monitoring normal
5. Delete cardiac monitoring if pulse ≤ 150 (child < 6 yr. old)

### DYSPNEA (ADULT)
Notify MD if distressed or O2 sat ≤ 92%
O2 by nasal cannula at 2L/min
Cardiac, BP and pulse oximetry monitors
Saline lock if pt is distressed or arrival O2 sat ≤ 92%
Lab – Aminophylline level if pt. taking this, hold extra tubes
If wheezing present - Neb Tx - Albuterol 0.5cc (Atrovent 1 unit dose if no history of glaucoma)
Peak flow before/after every Neb Tx

### EXTREMITY FRACTURES (EXTREMITIES ONLY)
Notify the MD on arrival for suspected long bone fractures any ANY open fractures
Immobilize injury as appropriate
Elevate the injured area
Apply an insulated cold pack to the area
Perform neurovascular exam
Consider pregnancy potential before x-raying and offer pregnancy testing in nonemergent/equivocal cases (or consider shielding for x-rays)
Order 1 but not more than 2 sets of the following selections: shoulder, humerus, elbow, forearm, wrist, hand, finger(s), femur, knee, tib/fib, ankle, foot, or toe(s). If > 2 sets are required, MD/MLP consultation regarding ordering should be done
Notify the MD for any abnormalities: cyanosis, pallor, weak or absent pulse, gross deformity, absence of sensation, absence of movement, suspicion of open fracture, inability to weight bear if pain is in hip or thigh

### EYE INJURIES
Notify MD immediately for:
➤ acute chemical burns
➤ hyphema
➤ Suspected globe rupture (leak of humor)
➤ Penetrating injury
Visual acuity and record
Slit lamp and Eye tray to room

MD = Emergency Room Physician
MLP = Mid-Level Practitioner (NP, PA, etc...)
08/13/02

Prepare to irrigate chemical injuries (on the MD's order) with lactated ringers
Administer DT 0.5 cc IM as ordered

**FEVER: PEDIATRIC (< 3 MONTHS)**
If temp ≥ 100.6 F rectally, notify MD immediately to consider septic work-up
**4 WEEKS:**
Notify MD immediately
Saline Lock
➢   Blood Culture x 1
➢   CBC
➢   BMP
➢   UA (cath)
Chest x-ray
Prepare for potential LP and IV infusion

**FEVER: PEDIATRIC (3 MONTHS TO 18 YRS)**
1.   Tylenol 15mg/kg Temp ≥ 101F.  Compensate for parental underdosing prior to child's arrival. Avoid po route for patients presenting with a chief complaint of pain. Pain  Exceptions: Allergy or age less than 60 days - notify MD
2.   Pediatric Motrin 10 mg/kg Temp ≥102.5F Exceptions:  allergy to ibuprofen, NSAID, ASA; age less than 6 months; prior history of GI bleed, gastritis, ulcer or asthma; suspected chicken pox (varicella) or influenza; Tylenol has not been given by protocol; presentation of abdominal pain as a chief complaint

**FEVER: ADULT**  - Fever > or = 101F
Tylenol 650-1000mg po unless allergic
OR
Motrin 400-800 mg po unless allergic including NSAID/ASA

**KIDNEY STONE (SUSPECTED)**
Notify MD for severe pain and request medication
Strain all urine
line lock
➢   CBC
➢   BMP
➢   UA clean catch  - Female cath specimen if vag. bleeding ↑ vag. discharge or obese (Foley preferable if elderly, incontinent)
Old chart

**HEAD INJURY**
Notify MD on arrival
Follow major trauma protocol as indicated including care/evaluating of C-spine
Cardiac, BP, and pulse oximetry monitors
Position head higher than feet, immobilize C-spine
Glasgow coma scale (document HOURLY)
Old chart

**GI BLEEDING**
Notify MD for active bleeding or unstable vital signs
O2 by nasal cannula at 2L/min
Position head lower than feet if shock is present (BP ≤ 90/60)
Cardiac and BP monitors
IV NS (large bore) and request a rate from the MD
➢   CBC
➢   BMP
➢   PT/PTT
➢   Type and screen
➢   Save and hold  4 extra tubes
Orthostatic VS if tolerated and BP ≥ 90 mm hg
Old chart

**HTN WITH S/S (> 180/110, HEADACHE, BLURRED VISION, DIZZINESS, ETC.)**

Notify MD on arrival
O2 by nasal cannula at 2L/min
Cardiac and BP monitors
Saline lock
Take and record BP on both arms
➢   CBC
➢   BMP
➢   HCG - if childbearing age
➢   Save and hold 4 extra tubes
EKG if age ≥ 35 yr.
Old chart

**LACERATION PREP**
Unless directed otherwise by MD, perform the following procedure utilizing aseptic technique:
1.   In triage, examine the wound and then cover with sterile gauze, which has been slightly moistened with normal saline.  Do not soak the wound in saline, water, or betadine
2.   After MD and/or MLP evaluation, set up/open suture tray, place suture material as ordered by MD/MLP
3.   Apply sterile moistened saline gauze if there will be a delay in anesthetic administration
4.   Wound irrigation may be performed by the MD and/or MLP or as directed by the MD/MLP and will typically be of the high pressure type employing a syringe and needle or cath. (20 cc syringe and 18g catheter), and using an appropriate volume of NS
5.   Administer DT 0.5cc IM to adults as ordered by MD/MLP

**URINARY TRACT INFECTION (SUSPECTED)**
➢   UA - males clean catch / females clean catch - cath specimen if vag. bleeding ↑ vag. discharge or obese (Foley preferable if elderly, incontinent)
➢   Hold urine for C&S (request from MD)
➢   HCG if childbearing age/HCG Quantitative if known pregnancy
Old chart

**SEIZURES**
Notify MD on arrival
Guardrails up
Document neuro assessment
Cardiac, BP, and pulse oximetry monitors
Apply O2 as needed to maintain saturation > 90%
Saline lock
Lab- draw and hold tubes, order therapeutic drug levels if appropriate
** New onset seizures order CBC, BMP (HCG for women of child bearing age)
Old Chart

**SHOCK (NONTRAUMATIC)**
Notify MD on arrival
Administer O2 to maintain sat. > 90% via facemask or cannula
Cardiac, BP, and pulse oximetry monitors
IV NS (large bore) and request a rate from the MD
Modified Trendelenberg position
➢   Blood culture if febrile or hypothermic
➢   CBC
➢   BMP
➢   UA (Cath)
➢   PT/PTT
➢   HCG if childbearing age
Portable CXR
EKG
Old chart

**SICKLE CELL PAIN CRISIS**
Apply O2 per nasal cannula at 2L

Normal Saline IV line
➢   CBC
➢   BMP
➢   Retic count
⮞   UA for patient with back/flank pain Female cath specimen if vag. bleeding ↑ vag. discharge or obese (Foley preferable if elderly, incontinent)
Add CXR PA/lateral for cough/fever, dyspnea
Notify MD immediately for pain medications and fluid bolus/ therapy

**VAGINAL BLEEDING**
NPO
Orthostatic V/S,
**FHT's if known pregnancy
IV access (larger bore), saline lock if stable.  If unstable, request IV fluids / rate from MD
Notify MD if unstable, severe bleeding, severe pain, or passage of tissue
Consult MD and/or MLP for coordination of pelvic exam
➢   CBC
⮞   HCG if childbearing age/HCG Quantitative if known pregnancy
Old chart

**VOMITING/DIARRHEA: PEDIATRIC (2 MONTHS TO 18YR)**
Notify MD if:
➢   child appears toxic
➢   Dehydration
➢   Vital signs are abnormal
Use protocol for pedi fever
⮞   Saline lock, CBC and BMP if child appears significantly dehydrated
➢   UA voided (bag or clean void) if 3 or more episodes of vomiting or if UTI symptoms present and not likely to be contaminated by stools, Cath UA requires order from MD

**PSYCHIATRIC PATIENT (SUICIDAL/HOMICIDAL)**
If patient is an active threat to self/others, triage to bed (for patient protection consider security to bedside or psych tech to bedside) Restraint per policy.
Notify MD for expedited eval and medical clearance
Page Psych response for consultation/eval (may be done at triage to expedite eval)
Consider Tylenol and ASA level for any suspicion of overdose
➢   CBC
➢   BMP
➢   ETOH
➢   UDS
⮞   HCG if childbearing age & no hysterectomy

**TRAUMA**
Notify MD on arrival
Notify trauma team if patient meets trauma activation criteria
O2 by nasal cannula at 2L/min or high flow mask as appropriate
Cardiac, BP, and pulse oximetry monitors
IV NS (large bore) x 2 and request rate
Modified Trendelenberg position if BP < or = 90/60
Stat x-table portable C-spine x-ray for head injury, neck pain, or suspected neck injury (immobilize c-spine)
Stat portable CXR for injury to chest, back, abd, or pelvis

MD = Emergency Room Physician
MLP = Mid-Level Practitioner (NP, PA, etc…)
08/13/02

Clean obvious wounds and apply sterile saline
dressing

- ➤ CBC
- ➤ BMP
- ➤ HCG if childbearing age
- ➤ UA (request collection method from MD or if
  decreased level of consciousness or shock
  present)
- ➤ For abdominal pain/ injury - consider PT/PTT,
  type and screen, hold extra tubes,

EKG for chest injury or shock
Old Chart

<u>TRAUMA: PREGNANCY > 20 WEEKS</u>
Notify MD immediately
See above guideline
Record vital signs and FHTs

MD = Emergency Room Physician
MLP = Mid-Level Practitioner (NP, PA, etc...)
08/13/02

MHSE-TG-0289

**MHHCS**
**CORPORATE POLICY AND PROCEDURE MANUAL**

**POLICY TITLE:**     Documentation

**CATEGORY:**                  Emergency Center
**INDEX NUMBER:**              EMC-00007
**ORIGINAL DATE:**             6/30/2005
**LAST REVIEW DATE:**          7/1/2005
**SUPERCEDES:**

---

**POLICY PURPOSE:**

1.1     To provide guidelines for documentation expectation for every Emergency Center patient.

**2.     POLICY STATEMENT:**

2.1     Each patient will be placed into the Med Host tracking and charting system upon arrival to triage and each patient will have an Emergency Center Nursing Record completed.

**3.     PROCEDURE:**

3.1     The Emergency Center Nursing Record will be initiated on the patient on arrival, with all required identification and demographic data.

3.2     A Pediatric Emergency Nursing Record will be initiated on all patients less than 14 years old.

3.3     Trauma Nursing Record will be initiated on all patients who have traumatic mechanism of injury, vital signs or who meet physiological criteria in all facilities that are Designated Trauma Centers.

3.4     3.4.1  The Registered Nurse will document the time of the patient presentation and initial triage assessment time, the patient's primary complaint, triage acuity level, allergies, current medications, recent tetanus vaccine (if appropriate), initial vital signs, significant past medical history, room disposition when placed into a EC room and actual weights on children less than thirteen years old.

3.4.2  Reassessments and vital signs will be documented as directed in the assessment/reassessment policy.

MHSE-TG-0296

    3.5    All orders must be initialed and timed when completed.

APPROVED:  Thomas J. Flanagan, RN, BSN, MA, LP, CMTE
                Assistant Vice-President
                Corporate Emergency Services


APPROVED:  John Zerwas, MD
                Sr. Vice President & Chief Medical Officer
                Memorial Hermann Healthcare System

DATE: June, 2005

MHSE-TG-0297