IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WENDY GUZMAN, INDIVIDUALLY AND AS NEXT FRIEND OF T.G., A MINOR, § § § § Plaintiffs § v. § MEMORIAL HERMANN HOSPITAL SYSTEM D/B/A MEMORIAL HERMANN SOUTHEAST HOSPITAL, *et al.*, § § § § § Defendants. § | CIVIL ACTION NO. H-07-03973 |

## ORDER

For the reasons set out in the Memorandum and Order of November 12, 2009, this court enters final judgment under Rule 54(b) of the Federal Rules of Civil Procedure as to the dismissal of ECI for lack of personal jurisdiction. This case is remanded to the 113th Judicial District Court of Harris County, Texas.

SIGNED on November 12, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge